UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)  Case No.: 23-cr-10202-FDS<br>)<br>STACIE-MARIE LAUGHTON )<br>) | |

## MOTION TO CONTINUE RULE 11 HEARING

Now comes the Defendant, Stacie-Marie Laughton, and moves this Honorable Court grant her a short continuance of the Rule 11 hearing scheduled for October 24, 2025.

As grounds, the Defendant states her counsel has a conflict with his schedule that was not identified at the time the hearing was scheduled. Additionally, the Defendant needs additional time to prepare for the hearing.

The parties have conferred and made an inquiry as to available dates. Both parties are available on November 3.

Wherefore, the Defendant requests the Court to continue the Rule 11 hearing to November 3, 2025.

Respectfully Submitted,
Stacie-Marie Laughton
By her counsel

/s/ *Derege B. Demissie*
DEREGE B. DEMISSIE
DEMISSIE & ASSOCIATES, P.C.
88 Broad Street, Suite 101
Cambridge, MA 02139
Ph: (617) 354-8833
Cell: 617-501-7655

## **CERTIFICATE OF SERVICE**

    I hereby certify that this document has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 22, 2025.

                                                           /s/ *Derege B. Demissie*