

From: +████31368 Stacie Laughton Home / Office / Cell (owner)
To: +████33040 Lindsay  Groves

Ok

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +████33040 Lindsay Groves | 5/10/2023 5:28:07 PM(UTC-4) | | |

**Status:** Sent
**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 5:28:07 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8448905 / 0x80EB89 (Table: message, handle,
chat_recoverable_message_join; Size: 29208576 bytes)

From: +████31368 Stacie Laughton Home / Office / Cell (owner)
To: +████33040 Lindsay  Groves

Why do you want to talk to me

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +████33040 Lindsay Groves | 5/10/2023 5:28:19 PM(UTC-4) | | |

**Status:** Sent
**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 5:28:19 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8448373 / 0x80E975 (Table: message, handle,
chat_recoverable_message_join; Size: 29208576 bytes)

From: +████31368 Stacie Laughton Home / Office / Cell (owner)
To: +████33040 Lindsay  Groves

Is this safe to even be talking to you?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +████33040 Lindsay Groves | 5/10/2023 5:53:47 PM(UTC-4) | | |

**Status:** Sent
**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 5:52:40 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8447787 / 0x80E72B (Table: message, handle,
chat_recoverable_message_join; Size: 29208576 bytes)

Gov. Sent. Mem. Exh. B-2



From: +▮▮▮▮33040 Lindsay Groves
To: +▮▮▮▮31368 Stacie Laughton Home / Office / Cell (owner)

**I just want to be friends**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +▮▮▮31368 Stacie Laughton Home / Office / Cell | | 5/10/2023 5:57:35 PM(UTC-4) | |

**Status:** Read
**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 5:57:28 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8447173 / 0x80E4C5 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)



From: +▮▮▮31368 Stacie Laughton Home / Office / Cell (owner)
To: +▮▮▮33040 Lindsay Groves

**That's all I wanted you but I went to jail for 45 days because of you and i decided to resign as a state rep. So I don't understand why you want to talk**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +▮▮▮33040 Lindsay Groves | 5/10/2023 5:59:07 PM(UTC-4) | | |

**Status:** Sent
**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 5:59:06 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8454029 / 0x80FF8D (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)



From: +▮▮▮31368 Stacie Laughton Home / Office / Cell (owner)
To: +▮▮▮33040 Lindsay Groves

**I loved our sex but I don't want to anymore**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +▮▮▮33040 Lindsay Groves | 5/10/2023 5:59:27 PM(UTC-4) | | |

**Status:** Sent
**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 5:59:27 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8453184 / 0x80FC40 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

Gov. Sent. Mem. Exh. B-2



From: + 33040 Lindsay Groves
To: + 31368 Stacie Laughton Home / Office / Cell (owner)

I didn't do call the police on you the police did that on you not me

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + 31368 Stacie Laughton Home / Office / Cell | | 5/10/2023 6:00:01 PM(UTC-4) | |

Status: Read
Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 6:00:00 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8452556 / 0x80F9CC (Table: message, handle, chat_recoverable_message_join;
Size: 29208576 bytes)

---

From: + 31368 Stacie Laughton Home / Office / Cell (owner)
To: + 33040 Lindsay Groves

While I was in jail when I was in court on the iPad, the Hudson prosecutor said she was in constant communication with you and your mother and you both stated to her that you felt unsafe if I was released I don't know why, because I don't pose a threat to you I never would. I told you when we were together. If you didn't wanna be with me, we could peacefully go our separate ways.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + 33040 Lindsay Groves | 5/10/2023 6:00:45 PM(UTC-4) | | |

Status: Sent
Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 6:00:44 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8451934 / 0x80F75E (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

---

From: + 31368 Stacie Laughton Home / Office / Cell (owner)
To: + 33040 Lindsay Groves

I don't know if I I don't want to upset you, but I don't know if I even want to be your friend. I know you didn't call the police, but I still went away for 45 days and I'm broken and my dad is dead. He died in January and it's been really hard.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + 33040 Lindsay Groves | 5/10/2023 6:01:26 PM(UTC-4) | | |

Status: Sent
Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 6:01:25 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8458125 / 0x810F8D (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

Gov. Sent. Mem. Exh. B-2



From: + [redacted] 33040 Lindsay Groves
To: + [redacted] 31368 Stacie Laughton Home / Office / Cell (owner)

**But I didn't say I was unsafe**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + [redacted] 31368 Stacie Laughton Home / Office / Cell | | 5/10/2023 6:02:04 PM(UTC-4) | |

**Status:** Read
**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 6:02:03 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8457070 / 0x810B6E (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)



From: + [redacted] 31368 Stacie Laughton Home / Office / Cell (owner)
To: + [redacted] 33040 Lindsay Groves

So I'm sorry, but I have to think about friends. I don't think I ever want to have sex again with you. I just want to follow my dreams and just be on my own. I don't want anyone else because you know today is Lisa's birthday.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + [redacted] 33040 Lindsay Groves | 5/10/2023 6:02:06 PM(UTC-4) | | |

**Status:** Sent
**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 6:02:06 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8456527 / 0x81094F (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)



From: + [redacted] 31368 Stacie Laughton Home / Office / Cell (owner)
To: + [redacted] 33040 Lindsay Groves

**I understand**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + [redacted] 33040 Lindsay Groves | 5/10/2023 6:02:18 PM(UTC-4) | | |

**Status:** Sent
**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 6:02:18 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8455050 / 0x81038A (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

Gov. Sent. Mem. Exh. B-2

From: █████ 31368 Stacie Laughton Home / Office / Cell (owner)
To: + █████ 33040 Lindsay Groves

Just a few hours before the police showed up, he brought me an omelette, and then the same police officer that was with me on election day came to take me to the Nashua Police so I could be booked and sent to Hudson

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + ██████ 33040 Lindsay Groves | 5/10/2023 6:03:03 PM(UTC-4) | | |

Status: Sent
Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 6:03:02 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8462221 / 0x811F8D (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

From: + █████ 31368 Stacie Laughton Home / Office / Cell (owner)
To: + █████ 33040 Lindsay Groves

I'm sorry if there's any part of you that wants me back I don't think we can do that

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + █████ 33040 Lindsay Groves | 5/10/2023 6:03:38 PM(UTC-4) | | |

Status: Sent
Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 6:03:38 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8461260 / 0x811BCC (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

From: + ██████ 31368 Stacie Laughton Home / Office / Cell (owner)
To: + █████ 33040 Lindsay Groves

I had a lot of hopes for you when I had a lot of dreams with you, but after sitting in a jail cell for 45 days, praying and praising and a lot of thought I decided I was going to take my ordination, start a ministry and continue the radio station. I do miss you, but it's not good for us to talk. It's not good for us to be friends. It's not good for us to have benefits either.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + █████ 33040 Lindsay Groves | 5/10/2023 6:04:23 PM(UTC-4) | | |

Status: Sent
Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 6:04:23 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8460553 / 0x811909 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

Gov. Sent. Mem. Exh. B-2



From: +█████31368 Stacie Laughton Home / Office / Cell (owner)
To: +█████33040 Lindsay  Groves

So please don't send this to the police because all I want is peace with you and I know it's gonna be hard to forget all the years we spent together and all the time we spent with Lisa but you have to let go and you have to let me go because I have to move on

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +█████33040 Lindsay  Groves | 5/10/2023 6:05:12 PM(UTC-4) | | |

**Status:** Sent
**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 6:05:12 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8459254 / 0x8113F6 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)



From: +█████33040 Lindsay  Groves
To: +█████31368 Stacie Laughton Home / Office / Cell (owner)

You broke a promise to me and told me you wouldn't date anyone and I helped you with the radio station

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +█████31368 Stacie Laughton Home / Office / Cell | | 5/10/2023 6:06:11 PM(UTC-4) | |

**Status:** Read
**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 6:06:00 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8466307 / 0x812F83 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

From: +█████31368 Stacie Laughton Home / Office / Cell (owner)
To: +█████33040 Lindsay  Groves

I'm not dating anyone I'm a single as it's going to get

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +█████33040 Lindsay  Groves | 5/10/2023 6:06:30 PM(UTC-4) | | |

**Status:** Sent
**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 6:06:29 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8465617 / 0x812CD1 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

Gov. Sent. Mem. Exh. B-2

From: +_____31368 Stacie Laughton Home / Office / Cell (owner)
To: +_____33040 Lindsay  Groves

You did help with the radio station I'll give you that I'm going to be obtaining a part-time job soon. I plan to send you money to settle any debts

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +_____33040 Lindsay  Groves | 5/10/2023 6:06:49 PM(UTC-4) | | |

**Status:** Sent

**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 6:06:49 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8464968 / 0x812A48 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

From: +_____31368 Stacie Laughton Home / Office / Cell (owner)
To: +_____33040 Lindsay  Groves

And as far as you and the radio station, I'm not sure how you would want to be involved. I mean you have your life and I have mine if I just end up paying you for equipment or paying you for certain things, and making sure certain bills are finalized and paid, you should be happy I would imagine or what do you want because we can't be in a relationship. We could try friends I just don't know what you want.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +_____33040 Lindsay  Groves | 5/10/2023 6:07:55 PM(UTC-4) | | |

**Status:** Sent

**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 6:07:55 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8464135 / 0x812707 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)



From: +_____33040 Lindsay  Groves
To: +_____31368 Stacie Laughton Home / Office / Cell (owner)

Like I said I want to be friends

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +_____31368 Stacie Laughton Home / Office / Cell | | 5/10/2023 6:09:00 PM(UTC-4) | |

**Status:** Read

**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 6:09:00 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8470403 / 0x813F83 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

Gov. Sent. Mem. Exh. B-2



From: +[REDACTED]31368 Stacie Laughton Home / Office / Cell (owner)
To: +[REDACTED]33040 Lindsay Groves

And that's it because in the past, you always said that, even if we were only friends, we would still have sex

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +[REDACTED]33040 Lindsay Groves | 5/10/2023 6:09:18 PM(UTC-4) | | |

Status: Sent
Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 6:09:18 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8469858 / 0x813D62 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

From: +[REDACTED]33040 Lindsay Groves
To: +[REDACTED]31368 Stacie Laughton Home / Office / Cell (owner)

Yes

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +[REDACTED]31368 Stacie Laughton Home / Office / Cell | | 5/10/2023 6:09:34 PM(UTC-4) | |

Status: Read
Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 6:09:34 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8469097 / 0x813A69 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)



From: +[REDACTED]31368 Stacie Laughton Home / Office / Cell (owner)
To: +[REDACTED]33040 Lindsay Groves

I don't know if we can be friends right now. I have to really try and think about that because I would have moved on emotionally but not as far as the relationship is concerned I really loved you so much and I loved Lisa so much and now I've let that love go into the sky.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +[REDACTED]33040 Lindsay Groves | 5/10/2023 6:10:02 PM(UTC-4) | | |

Status: Sent
Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 6:10:01 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8468610 / 0x813882 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

Gov. Sent. Mem. Exh. B-2



From: █████31368 Stacie Laughton Home / Office / Cell (owner)
To: +█████33040 Lindsay Groves

And I'm also grieving the loss of my dad. I miss him so much.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +█████33040 Lindsay Groves | 5/10/2023 6:10:16 PM(UTC-4) | | |

Status: Sent

Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 6:10:16 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8467527 / 0x813447 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)



From: +█████31368 Stacie Laughton Home / Office / Cell (owner)
To: +█████33040 Lindsay Groves

I'm not sure we can have sex because if I have sex with you, I'm gonna want you and I can't let myself have you

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +█████33040 Lindsay Groves | 5/10/2023 6:11:05 PM(UTC-4) | | |

Status: Sent

Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 6:11:05 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8474509 / 0x814F8D (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

From: +█████31368 Stacie Laughton Home / Office / Cell (owner)
To: +█████33040 Lindsay Groves

And also because of the restraining order, I'm still a member at Main Street but I don't go there anymore. I'm now going to a born-again Christian church and I have a new Pastor.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +█████33040 Lindsay Groves | 5/10/2023 6:11:37 PM(UTC-4) | | |

Status: Sent

Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 6:11:37 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8473744 / 0x814C90 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

Gov. Sent. Mem. Exh. B-2



From: +          31368 Stacie Laughton Home / Office / Cell (owner)
To: +          33040 Lindsay Groves

So I'm sorry I don't consider myself part of the church. We were growing up in before.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +          33040 Lindsay Groves | 5/10/2023 6:11:56 PM(UTC-4) | | |

**Status:** Sent

**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 6:11:56 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8472845 / 0x81490D (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

From: +          33040 Lindsay Groves
To: +          31368 Stacie Laughton Home / Office / Cell (owner)

At some point I want to get back together

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +          31368 Stacie Laughton Home / Office / Cell | | 5/10/2023 6:13:21 PM(UTC-4) | |

**Status:** Read

**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 6:13:07 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8472128 / 0x814640 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)



From: +          31368 Stacie Laughton Home / Office / Cell (owner)
To: +          33040 Lindsay Groves

I won't break my promise. I still wear the ring, but it's also because it's Lisa's I I'm sorry I can't entertain the idea of getting back together. At least not now my lawyer would kill me because I'm talking to you.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +          33040 Lindsay Groves | 5/10/2023 6:13:50 PM(UTC-4) | | |

**Status:** Sent

**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 6:13:50 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8471565 / 0x81440D (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

Gov. Sent. Mem. Exh. B-2



From: +31368 Stacie Laughton Home / Office / Cell (owner)
To: +33040 Lindsay Groves

See I care deeply for you and I want you to be happy but we're not gonna be able to be happy

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +33040 Lindsay Groves | 5/10/2023 6:14:11 PM(UTC-4) | | |

Status: Sent
Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 6:14:10 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8478605 / 0x815F8D (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)



From: +33040 Lindsay Groves
To: +31368 Stacie Laughton Home / Office / Cell (owner)

I have been thinking about you this whole time

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +31368 Stacie Laughton Home / Office / Cell | | 5/10/2023 6:16:11 PM(UTC-4) | |

Status: Read
Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 6:16:01 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8477878 / 0x815CB6 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)



From: +31368 Stacie Laughton Home / Office / Cell (owner)
To: +33040 Lindsay Groves

Really

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +33040 Lindsay Groves | 5/10/2023 6:16:18 PM(UTC-4) | | |

Status: Sent
Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 6:16:18 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8477305 / 0x815A79 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

Gov. Sent. Mem. Exh. B-2



**From:** +33040 Lindsay Groves
**To:** +31368 Stacie Laughton Home / Office / Cell (owner)

Yes

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +31368 Stacie Laughton Home / Office / Cell | | 5/10/2023 6:16:24 PM(UTC-4) | |

Status: Read

Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 6:16:24 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8476755 / 0x815853 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)



**From:** +31368 Stacie Laughton Home / Office / Cell (owner)
**To:** +33040 Lindsay Groves

What about the supposed identity theft that you said I did to you which I did not

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +33040 Lindsay Groves | 5/10/2023 6:16:39 PM(UTC-4) | | |

Status: Sent

Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 6:16:39 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8476270 / 0x81566E (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)



**From:** +31368 Stacie Laughton Home / Office / Cell (owner)
**To:** +33040 Lindsay Groves

I heard that rumor, and I was really scared because I thought of what happen with that woman Denise and Laconia and I didn't wanna go back to jail same thing because I didn't do it then and I would never dream of doing it at all ever

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +33040 Lindsay Groves | 5/10/2023 6:17:06 PM(UTC-4) | | |

Status: Sent

Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 6:17:05 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8475581 / 0x8153BD (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

Gov. Sent. Mem. Exh. B-2

From: +▮▮▮33040 Lindsay  Groves
To: +▮▮▮31368 Stacie Laughton Home / Office / Cell (owner)

**I never said that it was a joke**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +▮▮▮31368 Stacie Laughton Home / Office / Cell | | 5/10/2023 6:17:07 PM(UTC-4) | |

**Status:** Read

**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 6:17:06 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8482691 / 0x816F83 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

From: +▮▮▮31368 Stacie Laughton Home / Office / Cell (owner)
To: +▮▮▮33040 Lindsay  Groves

**Oh**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +▮▮▮33040 Lindsay Groves | 5/10/2023 6:17:13 PM(UTC-4) | | |

**Status:** Sent

**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 6:17:13 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8482148 / 0x816D64 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

From: +▮▮▮31368 Stacie Laughton Home / Office / Cell (owner)
To: +▮▮▮33040 Lindsay  Groves

**Well, I believe you**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +▮▮▮33040 Lindsay Groves | 5/10/2023 6:19:11 PM(UTC-4) | | |

**Status:** Sent

**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 6:19:11 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8481616 / 0x816B50 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

Gov. Sent. Mem. Exh. B-2



From: + ████ 33040 Lindsay  Groves
To: + ████ 31368 Stacie Laughton Home / Office / Cell (owner)

**Yeah**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +████ 31368 Stacie Laughton Home / Office / Cell | | 5/10/2023 6:22:26 PM(UTC-4) | |

Status: Read

Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 6:20:42 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8481042 / 0x816912 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)



From: + ████ 31368 Stacie Laughton Home / Office / Cell (owner)
To: + ████ 33040 Lindsay  Groves

**Yes**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +████ 33040 Lindsay Groves | 5/10/2023 6:22:30 PM(UTC-4) | | |

Status: Sent

Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 6:22:30 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8480553 / 0x816729 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)



From: + ████ 31368 Stacie Laughton Home / Office / Cell (owner)
To: + ████ 33040 Lindsay  Groves

I just don't want to fight with you. I don't want to lose your phone. I think we both were grieving and going through a lot in the last few years and we lost sight of a lot. It's just a matter of trying to figure out how to get that back the good stuff remember when I used to see a CNN segment and they talk about something good in the world and I call it  the good stuff yeah we were something good in the world and we were force to be reckoned with and I think we just have to find a good stuff again.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +████ 33040 Lindsay  Groves | 5/10/2023 6:23:30 PM(UTC-4) | | |

Status: Sent

Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 6:23:29 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8486797 / 0x817F8D (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

Gov. Sent. Mem. Exh. B-2



From: +‌█31368 Stacie Laughton Home / Office / Cell (owner)
To: +‌█33040 Lindsay Groves

I don't want any money from you at first I want to do finances my way and even if we're in a relationship does it mean we would have to do money together so I have to think you have to think I'm a see if that's what we really want to try to do

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +‌█33040 Lindsay Groves | 5/10/2023 6:24:07 PM(UTC-4) | | |

Status: Sent
Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 6:24:06 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8485246 / 0x81797E (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)



From: +‌█33040 Lindsay Groves
To: +‌█31368 Stacie Laughton Home / Office / Cell (owner)

I know

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +‌█31368 Stacie Laughton Home / Office / Cell | | 5/10/2023 6:25:13 PM(UTC-4) | |

Status: Read
Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 6:25:05 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8484203 / 0x81756B (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)



From: +‌█31368 Stacie Laughton Home / Office / Cell (owner)
To: +‌█33040 Lindsay Groves

But I don't really know and you have to think I mean do you really want me back?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +‌█33040 Lindsay Groves | 5/10/2023 6:25:26 PM(UTC-4) | | |

Status: Sent
Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 6:25:26 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8483710 / 0x81737E (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

Gov. Sent. Mem. Exh. B-2



From: +33040 Lindsay  Groves
To: +31368 Stacie Laughton Home / Office / Cell (owner)

I don't want to cut this short I'm not feeling well and want to go to bed

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +31368 Stacie Laughton Home / Office / Cell | | 5/10/2023 6:25:35 PM(UTC-4) | |

**Status:** Read

**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 6:25:33 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8490883 / 0x818F83 (Table: message, handle, chat_recoverable_message_join;
Size: 29208576 bytes)

From: +33040 Lindsay  Groves
To: +31368 Stacie Laughton Home / Office / Cell (owner)

Yes I do down the road

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +31368 Stacie Laughton Home / Office / Cell | | 5/10/2023 6:25:41 PM(UTC-4) | |

**Status:** Read

**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 6:25:41 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8490237 / 0x818CFD (Table: message, handle,
chat_recoverable_message_join; Size: 29208576 bytes)



From: +31368 Stacie Laughton Home / Office / Cell (owner)
To: +33040 Lindsay  Groves

We'll have to think about it. I don't think we're in any position to meet each other right now or to really do anything as far as hanging out or having sex right now.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +33040 Lindsay  Groves | 5/10/2023 6:26:05 PM(UTC-4) | | |

**Status:** Sent

**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 6:26:03 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8489712 / 0x818AF0 (Table: message, handle, chat_recoverable_message_join; Size: 29208576
bytes)

Gov. Sent. Mem. Exh. B-2



From: +█████33040 Lindsay  Groves
To: +█████31368 Stacie Laughton Home / Office / Cell (owner)

**That's fine**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +█████31368 Stacie Laughton Home / Office / Cell | | 5/10/2023 6:27:27 PM(UTC-4) | |

**Status:** Read

**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 6:27:19 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8488827 / 0x81877B (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

From: +█████31368 Stacie Laughton Home / Office / Cell (owner)
To: +█████33040 Lindsay  Groves

**As much as I would want to I don't know I mean I don't know if I even want you back and I don't want you to be mad if I don't**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +█████33040 Lindsay  Groves | 5/10/2023 6:27:45 PM(UTC-4) | | |

**Status:** Sent

**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 6:27:45 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8488320 / 0x818580 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)



From: +█████33040 Lindsay  Groves
To: +█████31368 Stacie Laughton Home / Office / Cell (owner)

**But I just want to be friends**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +█████31368 Stacie Laughton Home / Office / Cell | | 5/10/2023 6:28:09 PM(UTC-4) | |

**Status:** Read

**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 6:28:09 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8487515 / 0x81825B (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

Gov. Sent. Mem. Exh. B-2



From: +\_\_\_31368 Stacie Laughton Home / Office / Cell (owner)
To: +\_\_\_33040 Lindsay  Groves

You just said down the line you want to get back with me and I don't know because even if I don't want to be friends, you're gonna be mad at me

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +\_\_\_33040 Lindsay  Groves | 5/10/2023 6:29:04 PM(UTC-4) | | |

Status: Sent
Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 6:29:04 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8494989 / 0x819F8D (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

From: +\_\_\_31368 Stacie Laughton Home / Office / Cell (owner)
To: +\_\_\_33040 Lindsay  Groves

You're not feeling good I am in the new studio getting things set up will talk at some point, but I just don't think we should be friends or getting together

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +\_\_\_33040 Lindsay  Groves | 5/10/2023 6:29:27 PM(UTC-4) | | |

Status: Sent
Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 6:29:27 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8494160 / 0x819C50 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)



From: +\_\_\_33040 Lindsay  Groves
To: +\_\_\_31368 Stacie Laughton Home / Office / Cell (owner)

I just want to be friends cause I still want to be part of the radio station

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +\_\_\_31368 Stacie Laughton Home / Office / Cell | | 5/10/2023 6:30:08 PM(UTC-4) | |

Status: Read
Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 6:30:07 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8493297 / 0x8198F1 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

Gov. Sent. Mem. Exh. B-2

19



From: +‖31368 Stacie Laughton Home / Office / Cell (owner)
To: +‖33040 Lindsay  Groves

**Or you could be somebody that DJ is here and we don't have to be friends**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +‖33040 Lindsay  Groves | 5/10/2023 6:30:32 PM(UTC-4) | | |

**Status:** Sent
**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 6:30:32 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8492663 / 0x819677 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

From: +‖31368 Stacie Laughton Home / Office / Cell (owner)
To: +‖33040 Lindsay  Groves

**Because I'll be honest, I know you sit down the line you wanna get back together but I don't think that's a good idea and I don't think it's a good idea for us to be friends. I care about you very much though.**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +‖33040 Lindsay  Groves | 5/10/2023 6:30:53 PM(UTC-4) | | |

**Status:** Sent
**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 6:30:53 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8491988 / 0x8193D4 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)



From: +‖33040 Lindsay  Groves
To: +‖31368 Stacie Laughton Home / Office / Cell (owner)

**I meant what I said about being friends**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +‖31368 Stacie Laughton Home / Office / Cell | | 5/10/2023 6:31:19 PM(UTC-4) | |

**Status:** Read
**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 6:31:19 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8499075 / 0x81AF83 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

Gov. Sent. Mem. Exh. B-2



From: +31368 Stacie Laughton Home / Office / Cell (owner)
To: +33040 Lindsay Groves

I just want to be peaceful with you. I don't know if we should be talking about being friends a lot happened last year and I don't even know if you meant what you said about being together with me but still even at that it's probably not a good idea right now.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +33040 Lindsay Groves | 5/10/2023 6:32:15 PM(UTC-4) | | |

Status: Sent
Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 6:32:15 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8498516 / 0x81AD54 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

From: +33040 Lindsay Groves
To: +31368 Stacie Laughton Home / Office / Cell (owner)

I was talking about down the line about being friends as well

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +31368 Stacie Laughton Home / Office / Cell | | 5/10/2023 6:33:00 PM(UTC-4) | |

Status: Read
Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 6:33:00 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8497443 / 0x81A923 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)



From: +31368 Stacie Laughton Home / Office / Cell (owner)
To: +33040 Lindsay Groves

But see, I would want to have sex with you now or you know see you now, but it's not good I mean I'll let I'll think about things you think about things and will make a decision but I don't. I just don't know right now and you would be mad at me if I didn't want to be friends but I would want to be peaceful and I would want you to be involved on the station somehow.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +33040 Lindsay Groves | 5/10/2023 6:34:24 PM(UTC-4) | | |

Status: Sent
Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 6:34:24 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8496839 / 0x81A6C7 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

Gov. Sent. Mem. Exh. B-2



From: +██████33040 Lindsay  Groves
To: +██████31368 Stacie Laughton Home / Office / Cell (owner)

**Well you need to stop assuming about me being mad**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +██████31368 Stacie Laughton Home / Office / Cell | | 5/10/2023 6:35:21 PM(UTC-4) | |

**Status:** Read
**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 6:35:21 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8503171 / 0x81BF83 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)



From: +██████31368 Stacie Laughton Home / Office / Cell (owner)
To: +██████33040 Lindsay  Groves

**Why is that?**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +██████33040 Lindsay Groves | 5/10/2023 6:38:03 PM(UTC-4) | | |

**Status:** Sent
**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 6:38:03 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8502592 / 0x81BD40 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)



From: +██████33040 Lindsay  Groves
To: +██████31368 Stacie Laughton Home / Office / Cell (owner)

**Cause you are wrong on that**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +██████31368 Stacie Laughton Home / Office / Cell | | 5/10/2023 6:38:17 PM(UTC-4) | |

**Status:** Read
**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 6:38:17 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8502032 / 0x81BB10 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

Gov. Sent. Mem. Exh. B-2



From: +_____31368 Stacie Laughton Home / Office / Cell (owner)
To: +_____33040 Lindsay  Groves

Do you want to be friends and I said I wasn't sure about that you said you wanted to get back together sometime down the line I said I don't think so

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +_____33040 Lindsay  Groves | 5/10/2023 6:38:24 PM(UTC-4) | | |

**Status:** Sent
**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 6:38:23 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8501497 / 0x81B8F9 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

From: +_____31368 Stacie Laughton Home / Office / Cell (owner)
To: +_____33040 Lindsay  Groves

I I actually wouldn't mind if you moved on and you got with someone else I mean I thought you probably already would have

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +_____33040 Lindsay  Groves | 5/10/2023 6:38:37 PM(UTC-4) | | |

**Status:** Sent
**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 6:38:37 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8500660 / 0x81B5B4 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)



From: +_____33040 Lindsay  Groves
To: +_____31368 Stacie Laughton Home / Office / Cell (owner)

I told you before I'm not gonna move on

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +_____31368 Stacie Laughton Home / Office / Cell | | 5/10/2023 6:38:57 PM(UTC-4) | |

**Status:** Read
**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 6:38:55 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8499877 / 0x81B2A5 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

Gov. Sent. Mem. Exh. B-2



From: +██████31368 Stacie Laughton Home / Office / Cell (owner)
To: +██████33040 Lindsay  Groves

But it's OK for you to have sex with other people now even if you're not moving on I haven't had sex with anyone. I've had an offers but I'm not interested.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +██████33040 Lindsay  Groves | 5/10/2023 6:40:07 PM(UTC-4) | | |

Status: Sent
Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 6:40:07 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8507277 / 0x81CF8D (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

From: +██████33040 Lindsay  Groves
To: +██████31368 Stacie Laughton Home / Office / Cell (owner)

I'm not even doing that either

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +██████31368 Stacie Laughton Home / Office / Cell | | 5/10/2023 6:40:30 PM(UTC-4) | |

Status: Read
Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 6:40:30 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8506404 / 0x81CC24 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)



From: +██████31368 Stacie Laughton Home / Office / Cell (owner)
To: +██████33040 Lindsay  Groves

I know you're not feeling good so I should let you be I just I'll be friends with you. I don't mind that but even down the line when we're probably not gonna get back together maybe we'll have sex because I get weak when I'm around you because you turn me on

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +██████33040 Lindsay  Groves | 5/10/2023 6:40:44 PM(UTC-4) | | |

Status: Sent
Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 6:40:43 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8505859 / 0x81CA03 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

Gov. Sent. Mem. Exh. B-2

24



From: +████ 33040 Lindsay  Groves
To: +████ 31368 Stacie Laughton Home / Office / Cell (owner)

I know

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +████ 31368 Stacie Laughton Home / Office / Cell | | 5/10/2023 6:41:36 PM(UTC-4) | |

Status: Read

Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 6:41:36 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8504778 / 0x81C5CA (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)



From: +████ 31368 Stacie Laughton Home / Office / Cell (owner)
To: +████ 33040 Lindsay  Groves

Whether we get back together in a relationship or not and even if we're just friends and we're having sex, there's to be no more discussion of sex with children if we end up having kids, we're not doing that either and they'll be no more discussion of sex with your parents I'm going down the straight  and narrow

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +████ 33040 Lindsay  Groves | 5/10/2023 6:41:43 PM(UTC-4) | | |

Status: Sent

Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 6:41:43 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8511373 / 0x81DF8D (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)



From: +████ 33040 Lindsay  Groves
To: +████ 31368 Stacie Laughton Home / Office / Cell (owner)

Yeah

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +████ 31368 Stacie Laughton Home / Office / Cell | | 5/10/2023 6:42:09 PM(UTC-4) | |

Status: Read

Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 6:42:08 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8510182 / 0x81DAE6 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

Gov. Sent. Mem. Exh. B-2



From: +_____31368 Stacie Laughton Home / Office / Cell (owner)
To: +_____33040 Lindsay  Groves

We could possibly have threesomes or things like that, but I I don't want you in trouble at work and I don't want to mix with family I mean the idea of having an open family seemed cool, but no I don't think that's possible

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +_____33040 Lindsay  Groves | 5/10/2023 6:42:43 PM(UTC-4) | | |

Status: Sent
Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 6:42:43 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8509693 / 0x81D8FD (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)



From: +_____31368 Stacie Laughton Home / Office / Cell (owner)
To: +_____33040 Lindsay  Groves

Do you still love me I can't bring myself to say that to you, but I can say I care about you

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +_____33040 Lindsay  Groves | 5/10/2023 6:43:01 PM(UTC-4) | | |

Status: Sent
Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 6:43:01 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8508700 / 0x81D51C (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

From: +_____33040 Lindsay  Groves
To: +_____31368 Stacie Laughton Home / Office / Cell (owner)

Yes I do still love you

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +_____31368 Stacie Laughton Home / Office / Cell | | 5/10/2023 6:43:26 PM(UTC-4) | |

Status: Read
Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 6:43:26 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8507975 / 0x81D247 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

Gov. Sent. Mem. Exh. B-2



From: +_____31368 Stacie Laughton Home / Office / Cell (owner)
To: +_____33040 Lindsay  Groves

**Really though you said I hurt you**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +_____33040 Lindsay Groves | 5/10/2023 6:44:17 PM(UTC-4) | | |

**Status:** Sent
**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 6:44:16 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8515469 / 0x81EF8D (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)



From: +_____33040 Lindsay  Groves
To: +_____31368 Stacie Laughton Home / Office / Cell (owner)

**I wasn't being serious**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +_____31368 Stacie Laughton Home / Office / Cell | | 5/10/2023 6:44:31 PM(UTC-4) | |

**Status:** Read
**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 6:44:31 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8514865 / 0x81ED31 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)



From: +_____31368 Stacie Laughton Home / Office / Cell (owner)
To: +_____33040 Lindsay  Groves

**I care very much about you Lindsay I'm also really sorry that I'm not a practicing Methodist any longer**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +_____33040 Lindsay  Groves | 5/10/2023 6:45:02 PM(UTC-4) | | |

**Status:** Sent
**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 6:45:01 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8514336 / 0x81EB20 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

Gov. Sent. Mem. Exh. B-2



From: +_31368 Stacie Laughton Home / Office / Cell (owner)
To: +_33040 Lindsay  Groves

Although the pastor at Main Street is really nice and she's been talking to me about a lot and then she talked about dad and things she was going to do his service because he was born and raised United Methodist

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +_33040 Lindsay  Groves | 5/10/2023 6:45:25 PM(UTC-4) | | |

Status: Sent
Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 6:45:25 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8513595 / 0x81E83B (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)



From: +_33040 Lindsay  Groves
To: +_31368 Stacie Laughton Home / Office / Cell (owner)

Yeah

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +_31368 Stacie Laughton Home / Office / Cell | | 5/10/2023 6:46:04 PM(UTC-4) | |

Status: Read
Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 6:46:03 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8512628 / 0x81E474 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)



From: +_31368 Stacie Laughton Home / Office / Cell (owner)
To: +_33040 Lindsay  Groves

Yeah, I'm not quite myself the last few months because of Dad being gone so I look forward to trying to communicate with you talk to you and figure things out but I just want peace and I don't wanna go back to jail. That was a bad place for me with my health problems and things it was not good, but I don't blame you.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +_33040 Lindsay  Groves | 5/10/2023 6:46:06 PM(UTC-4) | | |

Status: Sent
Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 6:46:05 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8519565 / 0x81FF8D (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

Gov. Sent. Mem. Exh. B-2



From: +____33040 Lindsay Groves
To: +____31368 Stacie Laughton Home / Office / Cell (owner)

**Yeah**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +____31368 Stacie Laughton Home / Office / Cell | | 5/10/2023 6:47:00 PM(UTC-4) | |

Status: Read
Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 6:47:00 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8518376 / 0x81FAE8 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)



From: +____33040 Lindsay Groves
To: +____31368 Stacie Laughton Home / Office / Cell (owner)

**I'm gonna go to bed ok**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +____31368 Stacie Laughton Home / Office / Cell | | 5/10/2023 6:47:24 PM(UTC-4) | |

Status: Read
Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 6:47:23 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8517877 / 0x81F8F5 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)



From: +____31368 Stacie Laughton Home / Office / Cell (owner)
To: +____33040 Lindsay Groves

**OK you can tell me you love me if you really feel that way, but you haven't really said anything about dad passing and I am being serious about that. I wouldn't lie about that but I hope you sleep OK**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +____33040 Lindsay Groves | 5/10/2023 6:47:53 PM(UTC-4) | | |

Status: Sent
Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 6:47:52 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8517348 / 0x81F6E4 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

Gov. Sent. Mem. Exh. B-2



From: +_____31368 Stacie Laughton Home / Office / Cell (owner)
To: +_____33040 Lindsay  Groves

**Really quick do you even know where the new radio station is going to be set up?**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +_____33040 Lindsay  Groves | 5/10/2023 6:48:02 PM(UTC-4) | | |

**Status:** Sent
**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 6:48:01 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8516411 / 0x81F33B (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)



From: +_____33040 Lindsay  Groves
To: +_____31368 Stacie Laughton Home / Office / Cell (owner)

**On spit brook road**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +_____31368 Stacie Laughton Home / Office / Cell | | 5/10/2023 6:48:21 PM(UTC-4) | |

**Status:** Read
**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 6:48:21 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8523651 / 0x820F83 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

From: +_____33040 Lindsay  Groves
To: +_____31368 Stacie Laughton Home / Office / Cell (owner)

**Sorry about dad**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +_____31368 Stacie Laughton Home / Office / Cell | | 5/10/2023 6:48:29 PM(UTC-4) | |

**Status:** Read
**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 6:48:29 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8523124 / 0x820D74 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

Gov. Sent. Mem. Exh. B-2



From: +███31368 Stacie Laughton Home / Office / Cell (owner)
To: +███33040 Lindsay  Groves

**It's OK and how did you know it's on Spit brook road**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +███33040 Lindsay Groves | 5/10/2023 6:49:17 PM(UTC-4) | | |

**Status:** Sent

**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 6:49:17 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8522613 / 0x820B75 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)



From: +███31368 Stacie Laughton Home / Office / Cell (owner)
To: +███33040 Lindsay  Groves

**And you are promising me no police are going to show up here**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +███33040 Lindsay  Groves | 5/10/2023 6:49:28 PM(UTC-4) | | |

**Status:** Sent

**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 6:49:27 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8521973 / 0x8208F5 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)



From: +███33040 Lindsay  Groves
To: +███31368 Stacie Laughton Home / Office / Cell (owner)

**I've heard**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +███31368 Stacie Laughton Home / Office / Cell | | 5/10/2023 6:49:34 PM(UTC-4) | |

**Status:** Read

**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 6:49:34 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8521316 / 0x820664 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

Gov. Sent. Mem. Exh. B-2



From: +‌‌‌‌31368 Stacie Laughton Home / Office / Cell (owner)
To: +‌‌‌‌33040 Lindsay  Groves

**Thank you about dad. It's gonna be really tough not having him.**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +‌‌33040 Lindsay  Groves | 5/10/2023 6:49:36 PM(UTC-4) | | |

**Status:** Sent
**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 6:49:36 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8520811 / 0x82046B (Table: message, handle,
chat_recoverable_message_join; Size: 29208576 bytes)

From: +‌‌‌33040 Lindsay  Groves
To: +‌‌‌31368 Stacie Laughton Home / Office / Cell (owner)

**No**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +‌‌31368 Stacie Laughton Home / Office / Cell | | 5/10/2023 6:49:36 PM(UTC-4) | |

**Status:** Read
**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 6:49:36 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8520144 / 0x8201D0 (Table: message, handle,
chat_recoverable_message_join; Size: 29208576 bytes)



From: +‌‌31368 Stacie Laughton Home / Office / Cell (owner)
To: +‌‌33040 Lindsay  Groves

**I'm trusting you because I don't pose a threat to you and I never will. I just want you safe and happy that's all.**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +‌‌33040 Lindsay  Groves | 5/10/2023 6:49:50 PM(UTC-4) | | |

**Status:** Sent
**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 6:49:49 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8527757 / 0x821F8D (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

Gov. Sent. Mem. Exh. B-2



**From:** +■■■33040 Lindsay  Groves
**To:** +■■■31368 Stacie Laughton Home / Office / Cell (owner)

I know

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +■■■31368 Stacie Laughton Home / Office / Cell | | 5/10/2023 6:51:15 PM(UTC-4) | |

**Status:** Read

**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 6:50:16 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8526980 / 0x821C84 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)



**From:** +■■■31368 Stacie Laughton Home / Office / Cell (owner)
**To:** +■■■33040 Lindsay  Groves

You'll be able to come by the radio station at some point. I'm very busy with HEARTS and other things so

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +■■■33040 Lindsay  Groves | 5/10/2023 6:51:33 PM(UTC-4) | | |

**Status:** Sent

**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 6:51:32 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8526487 / 0x821A97 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

**From:** +■■■31368 Stacie Laughton Home / Office / Cell (owner)
**To:** +■■■33040 Lindsay  Groves

Sleep well, Lindsay

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +■■■33040 Lindsay  Groves | 5/10/2023 6:51:39 PM(UTC-4) | | |

**Status:** Sent

**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 6:51:38 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8525744 / 0x8217B0 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

Gov. Sent. Mem. Exh. B-2



From: + ▮▮▮33040 Lindsay  Groves
To: +▮▮▮31368 Stacie Laughton Home / Office / Cell (owner)

Yes I will

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +▮▮▮31368 Stacie Laughton Home / Office / Cell | | 5/10/2023 6:51:50 PM(UTC-4) | |

Status: Read

Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 6:51:46 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8525170 / 0x821572 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)



From: + ▮▮▮33040 Lindsay  Groves
To: +▮▮▮31368 Stacie Laughton Home / Office / Cell (owner)

Good night and I really do love you

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +▮▮▮31368 Stacie Laughton Home / Office / Cell | | 5/10/2023 6:51:54 PM(UTC-4) | |

Status: Read

Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 6:51:54 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8524659 / 0x821373 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)



From: +▮▮▮31368 Stacie Laughton Home / Office / Cell (owner)
To: +▮▮▮33040 Lindsay  Groves

And I care about you very much and I do feel love just give me some time because this is all very fresh very new

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +▮▮▮33040 Lindsay  Groves | 5/10/2023 6:52:13 PM(UTC-4) | | |

Status: Sent

Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

5/10/2023 6:52:13 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8531853 / 0x822F8D (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

Gov. Sent. Mem. Exh. B-2