

From: +[REDACTED]33040 Lindsay Groves
To: +[REDACTED]31368 Stacie Laughton Home / Office / Cell (owner)

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +[REDACTED]31368 Stacie Laughton Home / Office / Cell | | 5/11/2023 8:25:21 AM(UTC-4) | |

Status: Read
Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

5/11/2023 8:25:20 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8572213 / 0x82CD35 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)



From: +[REDACTED]31368 Stacie Laughton Home / Office / Cell (owner)
To: +[REDACTED]33040 Lindsay Groves

I know in the past you said you would help me with stuff like money and whatever even if we're just friends but I can't have you do do that. Though I need about $65 or so but I can't take anything from you yet for now and I don't know when I would be ok with that

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +[REDACTED]33040 Lindsay Groves | 5/11/2023 8:26:15 AM(UTC-4) | | |

Status: Sent
Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

5/11/2023 8:26:15 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8571726 / 0x82CB4E (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)



From: +[REDACTED]33040 Lindsay Groves
To: +[REDACTED]31368 Stacie Laughton Home / Office / Cell (owner)

That's fine I can help down the line

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +[REDACTED]31368 Stacie Laughton Home / Office / Cell | | 5/11/2023 8:27:14 AM(UTC-4) | |

Status: Read
Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

5/11/2023 8:26:57 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8569940 / 0x82C454 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

Gov. Sent. Mem. Exh. B-2



From: +XXXXX31368 Stacie Laughton Home / Office / Cell (owner)
To: +XXXXX33040 Lindsay Groves

**It's ok I don't want you to**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +XXXXX33040 Lindsay Groves | 5/11/2023 8:27:26 AM(UTC-4) | | |

**Status:** Sent
**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/11/2023 8:27:26 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8569383 / 0x82C227 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)



From: +XXXXX33040 Lindsay Groves
To: +XXXXX31368 Stacie Laughton Home / Office / Cell (owner)

**I meant what I said**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +XXXXX31368 Stacie Laughton Home / Office / Cell | | 5/11/2023 8:27:41 AM(UTC-4) | |

**Status:** Read
**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/11/2023 8:27:41 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8576899 / 0x82DF83 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)



From: +XXXXX31368 Stacie Laughton Home / Office / Cell (owner)
To: +XXXXX33040 Lindsay Groves

**I am doing good but I am out of meds and the Mixlr is due today and I need smokes but I hope to be getting a new credit card in the mail between tomorrow and Friday**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +XXXXX33040 Lindsay Groves | 5/11/2023 8:28:35 AM(UTC-4) | | |

**Status:** Sent
**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/11/2023 8:28:34 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8576380 / 0x82DD7C (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

Gov. Sent. Mem. Exh. B-2



From: +████31368 Stacie Laughton Home / Office / Cell (owner)
To: +████33040 Lindsay Groves

**It's ok Lindsay I should not have said anything about money lol for today anyway**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +████33040 Lindsay Groves | 5/11/2023 8:29:34 AM(UTC-4) | | |

**Status:** Sent
**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/11/2023 8:29:34 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8581005 / 0x82EF8D (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)



From: +████33040 Lindsay Groves
To: +████31368 Stacie Laughton Home / Office / Cell (owner)

**Right now I only have cash cause I'm looking for a new bank**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +████31368 Stacie Laughton Home / Office / Cell | | 5/11/2023 8:30:05 AM(UTC-4) | |

**Status:** Read
**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/11/2023 8:30:05 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8579625 / 0x82EA29 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)



From: +████31368 Stacie Laughton Home / Office / Cell (owner)
To: +████33040 Lindsay Groves

**Yeah**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +████33040 Lindsay Groves | 5/11/2023 8:30:20 AM(UTC-4) | | |

**Status:** Sent
**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/11/2023 8:30:20 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8579021 / 0x82E7CD (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

Gov. Sent. Mem. Exh. B-2



From: + █████ 31368 Stacie Laughton Home / Office / Cell (owner)
To: + █████ 33040 Lindsay  Groves

It's ok anyway because I wouldn't be seeing you today anyhow

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + █████ 33040 Lindsay  Groves | 5/11/2023 8:30:50 AM(UTC-4) | | |

Status: Sent
Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

5/11/2023 8:30:49 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8578485 / 0x82E5B5 (Table: message, handle,
chat_recoverable_message_join; Size: 29208576 bytes)



From: + █████ 33040 Lindsay  Groves
To: + █████ 31368 Stacie Laughton Home / Office / Cell (owner)

You never know

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + █████ 31368 Stacie Laughton Home / Office / Cell | | 5/11/2023 8:31:17 AM(UTC-4) | |

Status: Read
Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

5/11/2023 8:31:16 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8585091 / 0x82FF83 (Table: message, handle,
chat_recoverable_message_join; Size: 29208576 bytes)



From: + █████ 31368 Stacie Laughton Home / Office / Cell (owner)
To: + █████ 33040 Lindsay  Groves

Ok

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + █████ 33040 Lindsay  Groves | 5/11/2023 8:31:23 AM(UTC-4) | | |

Status: Sent
Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

5/11/2023 8:31:23 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8584582 / 0x82FD86 (Table: message, handle,
chat_recoverable_message_join; Size: 29208576 bytes)

Gov. Sent. Mem. Exh. B-2



From: +[REDACTED]31368 Stacie Laughton Home / Office / Cell (owner)
To: +[REDACTED]33040 Lindsay  Groves

Only if you want but I already be heading to Derry by the time you get out of work. I am in the studio office now but Nate will be here between 3:30 to 5pm and he could be here earlier if they let him go early

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +[REDACTED]33040 Lindsay  Groves | 5/11/2023 8:33:15 AM(UTC-4) | | |

Status: Sent
Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

5/11/2023 8:33:14 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8584050 / 0x82FB72 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)



From: +[REDACTED]33040 Lindsay  Groves
To: +[REDACTED]31368 Stacie Laughton Home / Office / Cell (owner)

Or have him come to the center when he picks you up cause your not that far from my work

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +[REDACTED]31368 Stacie Laughton Home / Office / Cell | | 5/11/2023 8:34:20 AM(UTC-4) | |

Status: Read
Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

5/11/2023 8:34:19 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8581831 / 0x82F2C7 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

From: +[REDACTED]31368 Stacie Laughton Home / Office / Cell (owner)
To: +[REDACTED]33040 Lindsay  Groves

I'm sorry to say, but he won't do that. I mean not just because well I don't wanna really tell you what he feels about you, but he also won't go to Tyngsboro down to where you work. He probably will come as far as here, but he's not he doesn't wanna go down there. I know that part but you should've heard the way he was talking about you yesterday and Like on Monday like I don't want you to get mad at him and I don't want you to get mad at me for saying this but I have to be honest my brother seriously doesn't like you and that's not me that's him like like in my mom doesn't necessarily hate you, but she doesn't like you either so yeah, if she knew I was going to a daycare in Tyngsborough, he would want to know why and he knows I only know of you in Tyngsborough

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +[REDACTED]33040 Lindsay  Groves | 5/11/2023 8:36:23 AM(UTC-4) | | |

Status: Sent
Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

5/11/2023 8:36:21 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8589197 / 0x830F8D (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

Gov. Sent. Mem. Exh. B-2



From: + ▮▮▮33040 Lindsay  Groves
To: + ▮▮▮31368 Stacie Laughton Home / Office / Cell (owner)

**Your brother and mom doesn't know the whole story and it wasn't me that did all this**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + ▮▮▮31368 Stacie Laughton Home / Office / Cell | | 5/11/2023 8:37:39 AM(UTC-4) | |

Status: Read
Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

5/11/2023 8:37:38 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8586307 / 0x830443 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)



From: + ▮▮▮31368 Stacie Laughton Home / Office / Cell (owner)
To: + ▮▮▮33040 Lindsay  Groves

**I know**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + ▮▮▮33040 Lindsay Groves | 5/11/2023 8:40:04 AM(UTC-4) | | |

Status: Sent
Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

5/11/2023 8:40:03 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8593293 / 0x831F8D (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)



From: + ▮▮▮31368 Stacie Laughton Home / Office / Cell (owner)
To: + ▮▮▮33040 Lindsay  Groves

**Mom is mad about other stuff too and I did find out something when I was in jail that did upset me but I do forgive as when I sat in that jail cell. All I could do was pray and praise, and to tell God how much I forgive you for the things you had done wrong. Also seeking forgiveness for the things I had done wrong as well, but there was one thing I found out and I don't know if I really want to bring it up because I really don't want to rehash the past, but maybe in time my mother and my brother will be OK but right now things aren't good they don't think like I do see I'm the only minister in my family or my father's family or my mothers family And I speak the language of God and Jesus when it comes to forgiveness and love**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + ▮▮▮33040 Lindsay  Groves | 5/11/2023 8:42:33 AM(UTC-4) | | |

Status: Sent
Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

5/11/2023 8:42:32 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8592753 / 0x831D71 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

<span style="color:red">Gov. Sent. Mem. Exh. B-2</span>



From: +███31368 Stacie Laughton Home / Office / Cell (owner)
To: +███33040 Lindsay Groves

So yes, I'm not sure I don't think even if you wanted to give me money for one I really don't want to take it. That's one thing and two I don't think we're going to be able to link up today.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +███33040 Lindsay Groves | 5/11/2023 8:43:03 AM(UTC-4) | | |

**Status:** Sent

**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/11/2023 8:43:03 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8590732 / 0x83158C (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)



From: +███33040 Lindsay Groves
To: +███31368 Stacie Laughton Home / Office / Cell (owner)

I didn't do anything wrong

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +███31368 Stacie Laughton Home / Office / Cell | | 5/11/2023 8:45:04 AM(UTC-4) | |

**Status:** Read

**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/11/2023 8:44:00 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8597379 / 0x832F83 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)



From: +███31368 Stacie Laughton Home / Office / Cell (owner)
To: +███33040 Lindsay Groves

I know

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +███33040 Lindsay Groves | 5/11/2023 8:45:10 AM(UTC-4) | | |

**Status:** Sent

**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/11/2023 8:45:10 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8596842 / 0x832D6A (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

Gov. Sent. Mem. Exh. B-2

From: ███████ 31368 Stacie Laughton Home / Office / Cell (owner)
To: +████ 33040 Lindsay  Groves

You did file for the restraining order and last fall you did not drop the order like you said you but it is ok it is in the past. But there was something else from last year. It was one of the things that they forced me to plead guilty to because I had asked to plead guilty to something else because they took all of the charges, including the Facebook post on election day, and they only wanted me to plead guilty to 2 different charges along with placing 1 on file for a year pending Mental Health Court and successful treatment in mental health and good behavior for an additional year so they dropped all of the charges except for 2

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +████ 33040 Lindsay  Groves | 5/11/2023 8:47:09 AM(UTC-4) | | |

**Status:** Sent

**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/11/2023 8:47:09 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8596302 / 0x832B4E (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

From: +████ 33040 Lindsay  Groves
To: +████ 31368 Stacie Laughton Home / Office / Cell (owner)

I did drop the restraining order

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +████ 31368 Stacie Laughton Home / Office / Cell | | 5/11/2023 8:48:20 AM(UTC-4) | |

**Status:** Read

**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/11/2023 8:48:20 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8594485 / 0x832435 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

Gov. Sent. Mem. Exh. B-2

From: +▓▓31368 Stacie Laughton Home / Office / Cell (owner)
To: +▓▓33040 Lindsay  Groves

They made me plead guilty to the 911 or the police report. When I did a welfare check on you when I was told you had died I followed the law in the state of New Hampshire as a mandated reporter however, they charged me with making a false police report, because according to my lawyer and the Hudson police, you were found at work, and not in the hospital, like it was being claimed that you were, but it's OK because it's in the past and it's OK like I don't want to think about last year and the negative things I don't want to think of any of the negative things that you and I have been through together because it's in the past. This is a still fairly new year With a lot of good things happening. Look at the radio station is growing and so I just want to move forward from here

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +▓▓33040 Lindsay  Groves | 5/11/2023 8:48:35 AM(UTC-4) | | |

Status: Sent

Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

5/11/2023 8:48:34 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8601485 / 0x833F8D (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

From: +▓▓31368 Stacie Laughton Home / Office / Cell (owner)
To: +▓▓33040 Lindsay  Groves

So don't worry whatever was said or done over the last few years is over and it's in the past and we as Christians should not be dwelling on the past and should be forgiving and forgetting as best we can but with that I'm probably not gonna be able to see you today anyways, but it's OK. It is what it is. I care about you I really do.

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +▓▓33040 Lindsay  Groves | 5/11/2023 8:49:13 AM(UTC-4) | | |

Status: Sent

Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

5/11/2023 8:49:12 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8599362 / 0x833742 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

From: +▓▓31368 Stacie Laughton Home / Office / Cell (owner)
To: +▓▓33040 Lindsay  Groves

Oh, the restraining order is definitely still in full affect because when I got released in December, it was still in effect as well as my plea arrangement with the prosecutor which kind of unofficially extended it until December of next year

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +▓▓33040 Lindsay  Groves | 5/11/2023 8:50:12 AM(UTC-4) | | |

Status: Sent

Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

5/11/2023 8:50:11 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8605581 / 0x834F8D (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

Gov. Sent. Mem. Exh. B-2

From: + 31368 Stacie Laughton Home / Office / Cell (owner)
To: + 33040 Lindsay  Groves

But it's OK because I care about you and I don't wanna think about any of that anymore. I just want to move forward and don't worry about seeing me your money right now.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + 33040 Lindsay  Groves | 5/11/2023 8:50:38 AM(UTC-4) | | |

**Status:** Sent
**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/11/2023 8:50:36 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8604566 / 0x834B96 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

From: + 31368 Stacie Laughton Home / Office / Cell (owner)
To: + 33040 Lindsay  Groves

Sorry for texting so much I just happened to see that last one and I'm long winded you remember? Lol

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + 33040 Lindsay  Groves | 5/11/2023 8:51:16 AM(UTC-4) | | |

**Status:** Sent
**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/11/2023 8:51:15 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8603685 / 0x834825 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

From: + 33040 Lindsay  Groves
To: + 31368 Stacie Laughton Home / Office / Cell (owner)

I really did drop restraining order

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + 31368 Stacie Laughton Home / Office / Cell | | 5/11/2023 8:54:44 AM(UTC-4) | |

**Status:** Read
**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/11/2023 8:54:24 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8602942 / 0x83453E (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

Gov. Sent. Mem. Exh. B-2

From: ███31368 Stacie Laughton Home / Office / Cell (owner)
To: +███33040 Lindsay  Groves

Yeah the court didn't process it and the Nashua Police did not notify me and the court never mailed anything to me.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +███33040 Lindsay  Groves | 5/11/2023 8:55:32 AM(UTC-4) | | |

Status: Sent
Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

5/11/2023 8:55:30 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8602391 / 0x834317 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

From: +███31368 Stacie Laughton Home / Office / Cell (owner)
To: +███33040 Lindsay  Groves

Mental Health Court Rep Mark said recently that the court system still shows it as active but it ok. That is why we have to be careful and private about we're and when we talk.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +███33040 Lindsay  Groves | 5/11/2023 8:57:23 AM(UTC-4) | | |

Status: Sent
Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

5/11/2023 8:57:23 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8609677 / 0x835F8D (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

From: +███31368 Stacie Laughton Home / Office / Cell (owner)
To: +███33040 Lindsay  Groves

But I'm about to go out to the lobby. I have to give my receptionist some paperwork and then I want to go make a cuppa coffee that doesn't cost anything for me right now because it's already pre-paid for but don't worry about any money don't worry about meeting up today. I mean I could try to stay the night, but then the problem is I'm going to need deodorant. I think my deodorant I left at my mom's house because I can't find it here and I have a prescription to pick up downtown for my skin but it's gonna be difficult spending the rest of the weekend here considering my skin is really bad but if you really want to see me and if you really wanna do something for me then I will force myself to stay I'm just gonna have to use some of that money to get some deodorant, some cigarettes and try to put some money towards the channel subscription but don't worry right now and sorry again for being long winded

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +███33040 Lindsay  Groves | 5/11/2023 8:59:35 AM(UTC-4) | | |

Status: Sent
Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

5/11/2023 8:59:34 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 8608788 / 0x835C14 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

Gov. Sent. Mem. Exh. B-2