

From: +‎‮‎31368 Stacie Laughton Home / Office / Cell (owner)
To: +‎‮‎3040 Lindsay  Groves

Were you Sirius when you said you sucked a little boy and a little girl at a place you used to work at

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +‎33040 Lindsay  Groves | 5/19/2023 1:36:26 PM(UTC-4) | | |

**Status:** Sent
**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/19/2023 1:36:26 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 10833310 / 0xA54D9E (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

From: +‎33040 Lindsay  Groves
To: +‎31368 Stacie Laughton Home / Office / Cell (owner)

No I wasn't being serious

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +‎31368 Stacie Laughton Home / Office / Cell | | 5/19/2023 1:37:02 PM(UTC-4) | |

**Status:** Read
**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/19/2023 1:36:58 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 10832567 / 0xA54AB7 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)



From: +‎31368 Stacie Laughton Home / Office / Cell (owner)
To: +‎33040 Lindsay  Groves

Oh ok

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +‎33040 Lindsay Groves | 5/19/2023 1:37:07 PM(UTC-4) | | |

**Status:** Sent
**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/19/2023 1:37:07 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 10832032 / 0xA548A0 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

Gov. Sent. Mem. Exh. B-3

LAUGHTON_000732



From: +████31368 Stacie Laughton Home / Office / Cell (owner)
To: +████33040 Lindsay  Groves

Did you think the idea of sex with them was bad

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +████33040 Lindsay Groves | 5/19/2023 1:37:25 PM(UTC-4) | | |

**Status:** Sent

**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/19/2023 1:37:24 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 10831494 / 0xA54686 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)



From: +████31368 Stacie Laughton Home / Office / Cell (owner)
To: +████33040 Lindsay  Groves

I know why we are not doing it

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +████33040 Lindsay Groves | 5/19/2023 1:37:38 PM(UTC-4) | | |

**Status:** Sent

**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/19/2023 1:37:38 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 10830872 / 0xA54418 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

From: +████33040 Lindsay  Groves
To: +████31368 Stacie Laughton Home / Office / Cell (owner)

It was a fantasy

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +████31368 Stacie Laughton Home / Office / Cell | | 5/19/2023 1:37:41 PM(UTC-4) | |

**Status:** Read

**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/19/2023 1:37:42 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 10830274 / 0xA541C2 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

623



From: +▮▮▮▮▮31368 Stacie Laughton Home / Office / Cell (owner)
To: +▮▮▮▮▮33040 Lindsay  Groves

Did you think I was a pervert for that fantasy

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +▮▮▮▮33040 Lindsay Groves | 5/19/2023 1:39:39 PM(UTC-4) | | |

**Status:** Sent

**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/19/2023 1:39:39 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 10837901 / 0xA55F8D (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)



From: +▮▮▮▮33040 Lindsay  Groves
To: +▮▮▮▮▮31368 Stacie Laughton Home / Office / Cell (owner)

No

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +▮▮▮31368 Stacie Laughton Home / Office / Cell | | 5/19/2023 1:39:50 PM(UTC-4) | |

**Status:** Read

**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/19/2023 1:39:50 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 10837271 / 0xA55D17 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

From: +▮▮▮▮31368 Stacie Laughton Home / Office / Cell (owner)
To: +▮▮▮▮33040 Lindsay  Groves

Would you roll play during sex and I could fantasize you being a little girl

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +▮▮▮33040 Lindsay  Groves | 5/19/2023 1:40:19 PM(UTC-4) | | |

**Status:** Sent

**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/19/2023 1:40:19 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 10836788 / 0xA55B34 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

Gov. Sent. Mem. Exh. B-3

LAUGHTON_000734



From: +_____33040 Lindsay  Groves
To: +_____31368 Stacie Laughton Home / Office / Cell (owner)

Yeah

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +_____31368 Stacie Laughton Home / Office / Cell | | 5/19/2023 1:40:38 PM(UTC-4) | |

**Status:** Read

**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/19/2023 1:40:38 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 10836097 / 0xA55881 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)



From: +_____31368 Stacie Laughton Home / Office / Cell (owner)
To: +_____33040 Lindsay  Groves

If we could have done it with a problem and not chance of trouble is it something you would do

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +_____33040 Lindsay  Groves | 5/19/2023 1:40:59 PM(UTC-4) | | |

**Status:** Sent

**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/19/2023 1:40:58 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 10835608 / 0xA55698 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)



From: +_____33040 Lindsay  Groves
To: +_____31368 Stacie Laughton Home / Office / Cell (owner)

Yeah

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +_____31368 Stacie Laughton Home / Office / Cell | | 5/19/2023 1:41:14 PM(UTC-4) | |

**Status:** Read

**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/19/2023 1:41:14 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 10834881 / 0xA553C1 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

Gov. Sent. Mem. Exh. B-3

LAUGHTON_000735

From: +█████31368 Stacie Laughton Home / Office / Cell (owner)
To: +█████33040 Lindsay  Groves

We're you serous about your boss wanting to cheat whit us

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +████33040 Lindsay Groves | 5/19/2023 1:42:11 PM(UTC-4) | | |

**Status:** Sent

**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/19/2023 1:42:11 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 10841997 / 0xA56F8D (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

From: +█████33040 Lindsay  Groves
To: +█████31368 Stacie Laughton Home / Office / Cell (owner)

Yes

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +████31368 Stacie Laughton Home / Office / Cell | | 5/19/2023 1:42:29 PM(UTC-4) | |

**Status:** Read

**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/19/2023 1:42:28 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 10841340 / 0xA56CFC (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

From: +█████31368 Stacie Laughton Home / Office / Cell (owner)
To: +█████33040 Lindsay  Groves

But we are not going to now

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +████33040 Lindsay Groves | 5/19/2023 1:42:44 PM(UTC-4) | | |

**Status:** Sent

**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/19/2023 1:42:44 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 10840853 / 0xA56B15 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

Gov. Sent. Mem. Exh. B-3

LAUGHTON_000736



From: +████33040 Lindsay  Groves
To: +████ ██1368 Stacie Laughton Home / Office / Cell (owner)

I wouldn't mind to but no

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +████ 31368 Stacie Laughton Home / Office / Cell | | 5/19/2023 1:43:24 PM(UTC-4) | |

**Status:** Read

**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/19/2023 1:43:18 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 10840261 / 0xA568C5 (Table: message, handle,
chat_recoverable_message_join; Size: 29208576 bytes)



From: +████31368 Stacie Laughton Home / Office / Cell (owner)
To: +████ █3040 Lindsay  Groves

Is she hot

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +████33040 Lindsay Groves | 5/19/2023 1:43:36 PM(UTC-4) | | |

**Status:** Sent

**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/19/2023 1:43:35 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 10839726 / 0xA566AE (Table: message, handle,
chat_recoverable_message_join; Size: 29208576 bytes)



From: +████31368 Stacie Laughton Home / Office / Cell (owner)
To: +████ █3040 Lindsay  Groves

She is

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +████33040 Lindsay Groves | 5/19/2023 1:44:23 PM(UTC-4) | | |

**Status:** Sent

**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/19/2023 1:44:23 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 10838547 / 0xA56213 (Table: message, handle,
chat_recoverable_message_join; Size: 29208576 bytes)

Gov. Sent. Mem. Exh. B-3

LAUGHTON_000737



From: + ████31368 Stacie Laughton Home / Office / Cell (owner)
To: + ████33040 Lindsay  Groves

So it would have been nice but it is ok if we don't

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████33040 Lindsay Groves | | 5/19/2023 1:45:01 PM(UTC-4) | |

**Status:** Sent
**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/19/2023 1:45:01 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 10846093 / 0xA57F8D (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)



From: + ████33040 Lindsay  Groves
To: + ████31368 Stacie Laughton Home / Office / Cell (owner)

I know

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████31368 Stacie Laughton Home / Office / Cell | | 5/19/2023 1:45:29 PM(UTC-4) | |

**Status:** Read
**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/19/2023 1:45:29 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 10845449 / 0xA57D09 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)



From: + ████33040 Lindsay  Groves
To: + ████31368 Stacie Laughton Home / Office / Cell (owner)

Who ever hacked your Facebook account really pissed me off and almost cause me my job cause of what they did

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████31368 Stacie Laughton Home / Office / Cell | | 5/19/2023 1:46:24 PM(UTC-4) | |

**Status:** Read
**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/19/2023 1:46:18 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 10844948 / 0xA57B14 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

628

Gov. Sent. Mem. Exh. B-3

LAUGHTON_000738



From: +▮▮▮▮▮31368 Stacie Laughton Home / Office / Cell (owner)
To: +▮▮▮▮▮33040 Lindsay  Groves

I know as I would not do that

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +▮▮▮▮33040 Lindsay Groves | 5/19/2023 1:46:44 PM(UTC-4) | | |

**Status:** Sent
**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/19/2023 1:46:44 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 10844250 / 0xA5785A (Table: message, handle,
chat_recoverable_message_join; Size: 29208576 bytes)



From: +▮▮▮▮▮33040 Lindsay  Groves
To: +▮▮▮▮▮31368 Stacie Laughton Home / Office / Cell (owner)

I know that's what did it

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +▮▮▮▮31368 Stacie Laughton Home / Office / Cell | | 5/19/2023 1:46:57 PM(UTC-4) | |

**Status:** Read
**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/19/2023 1:46:57 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 10843654 / 0xA57606 (Table: message, handle,
chat_recoverable_message_join; Size: 29208576 bytes)



From: +▮▮▮▮31368 Stacie Laughton Home / Office / Cell (owner)
To: +▮▮▮▮33040 Lindsay  Groves

So it is not a good idea to do it with

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +▮▮▮▮33040 Lindsay Groves | 5/19/2023 1:47:19 PM(UTC-4) | | |

**Status:** Sent
**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/19/2023 1:47:19 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 10843119 / 0xA573EF (Table: message, handle,
chat_recoverable_message_join; Size: 29208576 bytes)

Gov. Sent. Mem. Exh. B-3

LAUGHTON_000739



From: ████31368 Stacie Laughton Home / Office / Cell (owner)
To: +████53040 Lindsay  Groves

Do you believe me

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +████33040 Lindsay Groves | 5/19/2023 1:47:27 PM(UTC-4) | | |

**Status:** Sent

**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/19/2023 1:47:27 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 10850189 / 0xA58F8D (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)



From: +████33040 Lindsay  Groves
To: +████31368 Stacie Laughton Home / Office / Cell (owner)

Yes but that person who hacked you ruined it cause she wanted to do it

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +████31368 Stacie Laughton Home / Office / Cell | | 5/19/2023 1:48:00 PM(UTC-4) | |

**Status:** Read

**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/19/2023 1:48:00 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 10849617 / 0xA58D51 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

From: +████31368 Stacie Laughton Home / Office / Cell (owner)
To: +████33040 Lindsay  Groves

I thought she was aware of what we talked about with the kids

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +████33040 Lindsay  Groves | 5/19/2023 1:48:37 PM(UTC-4) | | |

**Status:** Sent

**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/19/2023 1:48:37 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 10848995 / 0xA58AE3 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

630

Gov. Sent. Mem. Exh. B-3



From: + 33040 Lindsay Groves
To: + 31368 Stacie Laughton Home / Office / Cell (owner)

Yeah but she knows I wouldn't really do it she knew it was a fantasy talk

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + 31368 Stacie Laughton Home / Office / Cell | | 5/19/2023 1:49:08 PM(UTC-4) | |

**Status:** Read

**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/19/2023 1:49:07 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 10848334 / 0xA5884E (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

From: + 31368 Stacie Laughton Home / Office / Cell (owner)
To: + 33040 Lindsay Groves

Yeah

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + 33040 Lindsay Groves | 5/19/2023 1:49:25 PM(UTC-4) | | |

**Status:** Sent

**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/19/2023 1:49:24 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 10847702 / 0xA585D6 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

From: + 33040 Lindsay Groves
To: + 31368 Stacie Laughton Home / Office / Cell (owner)

Cause I know I could lose my job if I actually do it

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + 31368 Stacie Laughton Home / Office / Cell | | 5/19/2023 1:49:50 PM(UTC-4) | |

**Status:** Read

**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/19/2023 1:49:51 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 10847156 / 0xA583B4 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

Gov. Sent. Mem. Exh. B-3

LAUGHTON_000741

From: + ████ 31368 Stacie Laughton Home / Office / Cell (owner)
To: + ████ 33040 Lindsay  Groves

**Was there really parents that were really ok with it**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + ████ 33040 Lindsay Groves | 5/19/2023 1:50:12 PM(UTC-4) | | |

**Status:** Sent

**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/19/2023 1:50:12 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 10854285 / 0xA59F8D (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

From: + ████ 33040 Lindsay  Groves
To: + ████ 31368 Stacie Laughton Home / Office / Cell (owner)

**Just one but the kid doesn't go here anymore**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + ████ 31368 Stacie Laughton Home / Office / Cell | | 5/19/2023 1:50:41 PM(UTC-4) | |

**Status:** Read

**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/19/2023 1:50:41 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 10853643 / 0xA59D0B (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

From: + ████ 31368 Stacie Laughton Home / Office / Cell (owner)
To: + ████ 33040 Lindsay  Groves

**Yeah**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + ████ 33040 Lindsay Groves | 5/19/2023 1:50:49 PM(UTC-4) | | |

**Status:** Sent

**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/19/2023 1:50:49 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 10853070 / 0xA59ACE (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

Gov. Sent. Mem. Exh. B-3

**LAUGHTON_000742**



From: +█████31368 Stacie Laughton Home / Office / Cell (owner)
To: +█████33040 Lindsay Groves

I would not have done it either because no one does that today and it goes not noticed

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +█████33040 Lindsay Groves | 5/19/2023 1:52:06 PM(UTC-4) | | |

**Status:** Sent
**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/19/2023 1:52:05 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 10852534 / 0xA598B6 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)



From: +█████33040 Lindsay Groves
To: +█████31368 Stacie Laughton Home / Office / Cell (owner)

Yeah

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +█████31368 Stacie Laughton Home / Office / Cell | | 5/19/2023 1:52:21 PM(UTC-4) | |

**Status:** Read
**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/19/2023 1:52:21 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 10851150 / 0xA5934E (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

From: +█████33040 Lindsay Groves
To: +█████31368 Stacie Laughton Home / Office / Cell (owner)

And if I did it with a kid I wouldn't be working with kids anymore

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +█████31368 Stacie Laughton Home / Office / Cell | | 5/19/2023 1:52:44 PM(UTC-4) | |

**Status:** Read
**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/19/2023 1:52:44 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 10858371 / 0xA5AF83 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

**Gov. Sent. Mem. Exh. B-3**

**LAUGHTON_000743**



From: +‌████31368 Stacie Laughton Home / Office / Cell (owner)
To: +‌████33040 Lindsay  Groves

Maybe our kids if we home school them or when they are older but it is fun to think about but not fun after

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +‌████33040 Lindsay  Groves | 5/19/2023 1:53:17 PM(UTC-4) | | |

Status: Sent

Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

5/19/2023 1:53:17 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 10857753 / 0xA5AD19 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)



From: +‌████3040 Lindsay  Groves
To: +‌████31368 Stacie Laughton Home / Office / Cell (owner)

Maybe when they get older

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +‌████31368 Stacie Laughton Home / Office / Cell | | 5/19/2023 1:53:32 PM(UTC-4) | |

Status: Read

Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

5/19/2023 1:53:32 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 10857000 / 0xA5AA28 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

From: +‌████31368 Stacie Laughton Home / Office / Cell (owner)
To: +‌████3040 Lindsay  Groves

Yeah but for now I can fantasize your a kid and I don't have to do it otherwise because I am not a pedofile

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +‌████33040 Lindsay  Groves | 5/19/2023 1:54:58 PM(UTC-4) | | |

Status: Sent

Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

5/19/2023 1:54:57 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 10856469 / 0xA5A815 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

Gov. Sent. Mem. Exh. B-3

LAUGHTON_000744



From: +[REDACTED]33040 Lindsay Groves
To: +[REDACTED]31368 Stacie Laughton Home / Office / Cell (owner)

Yeah

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +[REDACTED]31368 Stacie Laughton Home / Office / Cell | | 5/19/2023 1:55:22 PM(UTC-4) | |

**Status:** Read

**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/19/2023 1:55:17 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 10855710 / 0xA5A51E (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)



From: +[REDACTED]31368 Stacie Laughton Home / Office / Cell (owner)
To: +[REDACTED]33040 Lindsay Groves

It is a hot idea but I can't hurt a kid as they won't understand but a teen would understand more them a kid

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +[REDACTED]33040 Lindsay Groves | 5/19/2023 1:55:37 PM(UTC-4) | | |

**Status:** Sent

**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/19/2023 1:55:37 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 10855223 / 0xA5A337 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)



From: +[REDACTED]33040 Lindsay Groves
To: +[REDACTED]31368 Stacie Laughton Home / Office / Cell (owner)

Yeah

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +[REDACTED]31368 Stacie Laughton Home / Office / Cell | | 5/19/2023 1:55:52 PM(UTC-4) | |

**Status:** Read

**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/19/2023 1:55:52 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 10862467 / 0xA5BF83 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

635

Gov. Sent. Mem. Exh. B-3

LAUGHTON_000745