From: +[REDACTED]33040 Lindsay Groves
To: +[REDACTED]31368 Stacie Laughton Home / Office / Cell (owner)

**I hate that you continue to assume things**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +[REDACTED]31368 Stacie Laughton Home / Office / Cell | | 6/16/2023 6:51:16 AM(UTC-4) | |

Status: Read
Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

6/16/2023 6:51:16 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 21385091 / 0x1464F83 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

From: +[REDACTED]31368 Stacie Laughton Home / Office / Cell (owner)
To: +[REDACTED]33040 Lindsay Groves

Why wouldn't you answer to me I'm your special girl I don't feel so special now. Now that I know I'm gonna have a terrible weekend. I'm gonna have no meds and I'm not gonna have any food and you're getting irritated with me because you said you don't need to hear this first thing in the morning and now I'm afraid we're not gonna have sex tonight I'm afraid that you know I'm pissing you off and you don't wanna answer my call

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +[REDACTED]33040 Lindsay Groves | 6/16/2023 6:51:56 AM(UTC-4) | | |

Status: Sent
Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

6/16/2023 6:51:56 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 21384528 / 0x1464D50 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

From: +[REDACTED]33040 Lindsay Groves
To: +[REDACTED]31368 Stacie Laughton Home / Office / Cell (owner)

**Cause you need to realize I don't always want to talk about those things first thing in the morning when I first wake up cause my isn't functioning yet**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +[REDACTED]31368 Stacie Laughton Home / Office / Cell | | 6/16/2023 6:53:21 AM(UTC-4) | |

Status: Read
Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

6/16/2023 6:53:19 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 21382780 / 0x146467C (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

Gov. Sent. Mem. Exh. B-4

3664



From: + ████ 31368 Stacie Laughton Home / Office / Cell (owner)
To: + ████ 33040 Lindsay Groves

**Well, then fine be mad at me**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + ████ 33040 Lindsay Groves | 6/16/2023 6:53:33 AM(UTC-4) | | |

**Status:** Sent
**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

6/16/2023 6:53:33 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 21381984 / 0x1464360 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)



From: + ████ 31368 Stacie Laughton Home / Office / Cell (owner)
To: + ████ 33040 Lindsay Groves

**I just don't know whatever else to talk to you about it because I'm trying to plan my day. I'm sorry that you're not awake. I'm sorry that I'm irritating you and you know something I don't even know if I'm gonna see you now because you're treating me poorly now and it hurts and you're telling me that it's too early in the morning so I know now you're mad at me**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + ████ 33040 Lindsay Groves | 6/16/2023 6:54:11 AM(UTC-4) | | |

**Status:** Sent
**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

6/16/2023 6:54:10 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 21389197 / 0x1465F8D (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)



From: + ████ 31368 Stacie Laughton Home / Office / Cell (owner)
To: + ████ 33040 Lindsay Groves

**And you know something you needed space the other night I love you I'm not taking a break I'm just gonna just to let you be for the day and I'll talk to you tomorrow**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + ████ 33040 Lindsay Groves | 6/16/2023 6:54:29 AM(UTC-4) | | |

**Status:** Sent
**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

6/16/2023 6:54:29 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 21387894 / 0x1465A76 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

Gov. Sent. Mem. Exh. B-4

From: +⬛33040 Lindsay  Groves
To: +⬛31368 Stacie Laughton Home / Office / Cell (owner)

Nope your not going to talk to me tomorrow cause you don't realize that in the morning I can't always process everything when my brain isn't fully awake yet

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +⬛31368 Stacie Laughton Home / Office / Cell | | 6/16/2023 6:56:57 AM(UTC-4) | |

Status: Read
Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

6/16/2023 6:55:19 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 21393283 / 0x1466F83 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

From: +⬛33040 Lindsay  Groves
To: +⬛31368 Stacie Laughton Home / Office / Cell (owner)

See you keep on doing it with assuming shit like being mad but sure

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +⬛31368 Stacie Laughton Home / Office / Cell | | 6/16/2023 6:56:57 AM(UTC-4) | |

Status: Read
Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

6/16/2023 6:55:52 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 21391671 / 0x1466937 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)



From: +⬛31368 Stacie Laughton Home / Office / Cell (owner)
To: +⬛33040 Lindsay  Groves

So why am I not talking to you tomorrow?

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +⬛33040 Lindsay Groves | 6/16/2023 6:57:21 AM(UTC-4) | | |

Status: Sent
Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

6/16/2023 6:57:20 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 21391055 / 0x14666CF (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

Gov. Sent. Mem. Exh. B-4



From: +██████31368 Stacie Laughton Home / Office / Cell (owner)
To: +██████33040 Lindsay Groves

**Because we're not talking today you're mad at me you made that clear**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +████33040 Lindsay Groves | 6/16/2023 6:57:30 AM(UTC-4) | | |

**Status:** Sent
**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

6/16/2023 6:57:30 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 21397389 / 0x1467F8D (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

From: +██████33040 Lindsay Groves
To: +██████31368 Stacie Laughton Home / Office / Cell (owner)

**No I didn't not make that clear I said you assume I'm mad**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +████31368 Stacie Laughton Home / Office / Cell | | 6/16/2023 6:57:48 AM(UTC-4) | |

**Status:** Read
**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

6/16/2023 6:57:48 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 21396034 / 0x1467A42 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)



From: +██████31368 Stacie Laughton Home / Office / Cell (owner)
To: +██████33040 Lindsay Groves

**But you also just said I'm not gonna talk to you tomorrow**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +████33040 Lindsay Groves | 6/16/2023 6:58:01 AM(UTC-4) | | |

**Status:** Sent
**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

6/16/2023 6:58:00 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 21395430 / 0x14677E6 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

Gov. Sent. Mem. Exh. B-4



From: ▇▇31368 Stacie Laughton Home / Office / Cell (owner)
To: +▇▇33040 Lindsay Groves

So that's being mad at someone that means you don't wanna talk to me anymore

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +▇▇33040 Lindsay Groves | 6/16/2023 6:58:11 AM(UTC-4) | | |

Status: Sent
Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

6/16/2023 6:58:10 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 21394098 / 0x14672B2 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)



From: +▇▇33040 Lindsay Groves
To: +▇▇31368 Stacie Laughton Home / Office / Cell (owner)

That's not what it means

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +▇▇31368 Stacie Laughton Home / Office / Cell | | 6/16/2023 6:58:50 AM(UTC-4) | |

Status: Read
Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

6/16/2023 6:58:26 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 21401475 / 0x1468F83 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)



From: +▇▇31368 Stacie Laughton Home / Office / Cell (owner)
To: +▇▇33040 Lindsay Groves

Well, you said I'm not gonna talk to you tomorrow

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +▇▇33040 Lindsay Groves | 6/16/2023 6:58:59 AM(UTC-4) | | |

Status: Sent
Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

6/16/2023 6:58:58 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 21399777 / 0x14688E1 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

Gov. Sent. Mem. Exh. B-4

From: +[REDACTED]33040 Lindsay Groves
To: +[REDACTED]31368 Stacie Laughton Home / Office / Cell (owner)

Fine continue to think that cause you said you would work on not assuming things but you are still doing it

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +[REDACTED]31368 Stacie Laughton Home / Office / Cell | | 6/16/2023 6:59:08 AM(UTC-4) | |

Status: Read
Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

6/16/2023 6:59:08 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 21398443 / 0x14683AB (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

From: +[REDACTED]31368 Stacie Laughton Home / Office / Cell (owner)
To: +[REDACTED]33040 Lindsay Groves

And you won't answer the phone to me now so all I know is that I'm not gonna see you later today I'm probably not gonna have sex with you today like we were planning and you know so I'll probably have to deal with the storage money in within the next six days that's fine. We're probably gonna have to get meds at the dispensary that's not find.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +[REDACTED]33040 Lindsay Groves | 6/16/2023 6:59:42 AM(UTC-4) | | |

Status: Sent
Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

6/16/2023 6:59:42 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 21405581 / 0x1469F8D (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

From: +[REDACTED]31368 Stacie Laughton Home / Office / Cell (owner)
To: +[REDACTED]33040 Lindsay Groves

Well, I don't know how to interpret. If you don't want to talk to me tomorrow I don't know what that means. I'm not assuming and I'm really sorry but you know something I'm confused.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +[REDACTED]33040 Lindsay Groves | 6/16/2023 7:00:05 AM(UTC-4) | | |

Status: Sent
Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

6/16/2023 7:00:04 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 21403252 / 0x1469674 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

Gov. Sent. Mem. Exh. B-4



From: +[blacked out]31368 Stacie Laughton Home / Office / Cell (owner)
To: +[blacked out]33040 Lindsay Groves

I'm still trying to work on it but I'm not been given a chance because you're confusing me and you're making it all my fault there's always and I love you. He refused to talk to me on the phone. He said I'm not gonna talk to you tomorrow, so I don't know what to make of that so I'm gonna just not talk anymore just not talk anymore because every time I open my mouth I say something wrong.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +[blacked out]33040 Lindsay Groves | 6/16/2023 7:00:43 AM(UTC-4) | | |

Status: Sent
Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

6/16/2023 7:00:42 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 21409677 / 0x146AF8D (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)



From: +[blacked out]33040 Lindsay Groves
To: +[blacked out]31368 Stacie Laughton Home / Office / Cell (owner)

Cause you should of known my brain isn't fully awake before talking to me about all that stuff

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +[blacked out]31368 Stacie Laughton Home / Office / Cell | | 6/16/2023 7:01:31 AM(UTC-4) | |

Status: Read
Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

6/16/2023 7:01:31 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 21407979 / 0x146A8EB (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

From: +[blacked out]31368 Stacie Laughton Home / Office / Cell (owner)
To: +[blacked out]33040 Lindsay Groves

I hope you have a good day then. I hope you have a good weekend. I'm going to cancel the Boston plans and I guess if I don't talk to you within the next few days I'm just gonna cancel everything else out. I love you, but I can't force you to love me I can't force you to wanna talk to me so you know something I guess our promises didn't mean much your vowed to love me in on me and respect me and good times and bad sickness and in health until death do us part I guess that didn't mean much because you would have wanted to talk to me tomorrow you would have wanted to talk to me on the phone again but you Don't.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +[blacked out]33040 Lindsay Groves | 6/16/2023 7:01:36 AM(UTC-4) | | |

Status: Sent
Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

6/16/2023 7:01:36 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 21413773 / 0x146BF8D (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

Gov. Sent. Mem. Exh. B-4

3670

From: +████31368 Stacie Laughton Home / Office / Cell (owner)
To: +████33040 Lindsay  Groves

We've talked about it before in the morning I didn't think there was a problem so I was just doing what I always do so I did what I always do and I still fuck up and I'm sick and tired of being the one to always fucked up every damn day babe. I love you very much but I'm done trying to sit here and talk because we're always going to end up in situations like this and we're always gonna end up in a fight.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +████33040 Lindsay  Groves | 6/16/2023 7:02:14 AM(UTC-4) | | |

Status: Sent
Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

6/16/2023 7:02:14 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 21411861 / 0x146B815 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

From: +████33040 Lindsay  Groves
To: +████31368 Stacie Laughton Home / Office / Cell (owner)

You were respecting me the other day when I said I needed space and kept talking to me

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +████31368 Stacie Laughton Home / Office / Cell | | 6/16/2023 7:02:37 AM(UTC-4) | |

Status: Read
Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

6/16/2023 7:02:37 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 21410482 / 0x146B2B2 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

From: +████31368 Stacie Laughton Home / Office / Cell (owner)
To: +████33040 Lindsay  Groves

I never know what times to talk about what I just happened to do with every couple days in the morning talk about money I'm coming to Nashua trying to figure out what we're doing over the weekend but in the end it wasn't good because you're mines not awake and now we're having a disagreement as a result

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +████33040 Lindsay  Groves | 6/16/2023 7:02:56 AM(UTC-4) | | |

Status: Sent
Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

6/16/2023 7:02:55 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 21417869 / 0x146CF8D (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

Gov. Sent. Mem. Exh. B-4



From: +█████31368 Stacie Laughton Home / Office / Cell (owner)
To: +█████33040 Lindsay  Groves

**You said I was respecting you**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +█████33040 Lindsay Groves | 6/16/2023 7:03:12 AM(UTC-4) | | |

**Status:** Sent
**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

6/16/2023 7:03:12 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 21416710 / 0x146CB06 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)



From: +█████31368 Stacie Laughton Home / Office / Cell (owner)
To: +█████33040 Lindsay  Groves

**You didn't say you needed space today**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +█████33040 Lindsay Groves | 6/16/2023 7:03:19 AM(UTC-4) | | |

**Status:** Sent
**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

6/16/2023 7:03:18 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 21416126 / 0x146C8BE (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

From: +█████33040 Lindsay  Groves
To: +█████31368 Stacie Laughton Home / Office / Cell (owner)

**I did say I needed space the other day**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +█████31368 Stacie Laughton Home / Office / Cell | | 6/16/2023 7:03:30 AM(UTC-4) | |

**Status:** Read
**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

6/16/2023 7:03:30 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 21414807 / 0x146C397 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

Gov. Sent. Mem. Exh. B-4



From: + ████ 31368 Stacie Laughton Home / Office / Cell (owner)
To: + ████ 33040 Lindsay  Groves

Do you know what I'm just gonna give you space regardless if you asked for it or not sorry I'm sorry for everything this morning. I love you I care about you but.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + ████ 33040 Lindsay  Groves | 6/16/2023 7:03:37 AM(UTC-4) | | |

**Status:** Sent

**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

6/16/2023 7:03:37 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 21421965 / 0x146DF8D (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)



From: + ████ 31368 Stacie Laughton Home / Office / Cell (owner)
To: + ████ 33040 Lindsay  Groves

Disliked "You were respecting me the other day when I said I…"

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + ████ 33040 Lindsay  Groves | 6/16/2023 7:03:48 AM(UTC-4) | | |

**Status:** Sent

**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

6/16/2023 7:03:48 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 21420226 / 0x146D8C2 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

Gov. Sent. Mem. Exh. B-4

↰ Reply

From: +█████31368 Stacie Laughton Home / Office / Cell (owner)
To: +█████33040 Lindsay Groves

From: +█████33040 Lindsay Groves
To: +█████31368 Stacie Laughton Home / Office / Cell (owner)

You were respecting me the other day when I said I needed space and kept talking to me

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +█████31368 Stacie Laughton Home / Office / Cell | | 6/16/2023 7:02:37 AM(UTC-4) | |

Status: Read
Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

6/16/2023 7:02:37 AM(UTC-4)

You just said you were respecting me the other day when I said I needed space and kept talking to me so no that was more disrespectful and so again I fucked up then and I'm fucking up now so you know something I'm just gonna give you your space because I guess I don't know how to act

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +█████33040 Lindsay Groves | 6/16/2023 7:04:14 AM(UTC-4) | | |

Status: Sent
Label: Reply
Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

6/16/2023 7:04:14 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 21419520 / 0x146D600 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)



From: +█████31368 Stacie Laughton Home / Office / Cell (owner)
To: +█████33040 Lindsay Groves

And you said I was respecting you I see you again I'm confused

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +█████33040 Lindsay Groves | 6/16/2023 7:04:30 AM(UTC-4) | | |

Status: Sent
Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

6/16/2023 7:04:29 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 21426061 / 0x146EF8D (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

Gov. Sent. Mem. Exh. B-4

From: +▮▮▮33040 Lindsay  Groves
To: +▮▮▮31368 Stacie Laughton Home / Office / Cell (owner)

It's the truth I did say I needed space but kept on talking to I was saying you weren't respecting me the other day

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +▮▮▮31368 Stacie Laughton Home / Office / Cell | | 6/16/2023 7:04:47 AM(UTC-4) | |

Status: Read
Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

6/16/2023 7:04:47 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 21425396 / 0x146ECF4 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

From: +▮▮▮31368 Stacie Laughton Home / Office / Cell (owner)
To: +▮▮▮33040 Lindsay  Groves

So I guess I fucked up yet again I'm gonna give you space but this time I'm not gonna be the first want to text back you're gonna have to be the one to text me

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +▮▮▮33040 Lindsay  Groves | 6/16/2023 7:04:53 AM(UTC-4) | | |

Status: Sent
Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

6/16/2023 7:04:53 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 21424676 / 0x146EA24 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

From: +▮▮▮31368 Stacie Laughton Home / Office / Cell (owner)
To: +▮▮▮33040 Lindsay  Groves

You just said I was respecting you

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +▮▮▮33040 Lindsay Groves | 6/16/2023 7:05:07 AM(UTC-4) | | |

Status: Sent
Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

6/16/2023 7:05:06 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 21423815 / 0x146E6C7 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

Gov. Sent. Mem. Exh. B-4



From: + 31368 Stacie Laughton Home / Office / Cell (owner)
To: + 33040 Lindsay Groves

**So C I'm further confused and this is why I'm just gonna give you your space**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + 33040 Lindsay Groves | 6/16/2023 7:05:14 AM(UTC-4) | | |

**Status:** Sent

**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

6/16/2023 7:05:14 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 21423221 / 0x146E475 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)



↩ Reply

From: + 33040 Lindsay Groves
To: + 31368 Stacie Laughton Home / Office / Cell (owner)

From: + 31368 Stacie Laughton Home / Office / Cell (owner)
To: + 33040 Lindsay Groves

**You just said I was respecting you**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + 33040 Lindsay Groves | 6/16/2023 7:05:07 AM(UTC-4) | | |

**Status:** Sent

**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

6/16/2023 7:05:06 AM(UTC-4)

**I was typing fast cause I was saying you weren't respecting me**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + 31368 Stacie Laughton Home / Office / Cell | | 6/16/2023 7:05:43 AM(UTC-4) | |

**Status:** Read

**Label:** Reply

**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

6/16/2023 7:05:42 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 21430105 / 0x146FF59 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

Gov. Sent. Mem. Exh. B-4