From: [REDACTED]33040 Lindsay  Groves
To: +[REDACTED]31368 Stacie Laughton Home / Office / Cell (owner)

**Cause your not helping me with food for you and it's always on me to do that**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [REDACTED]31368 Stacie Laughton Home / Office / Cell | | 6/16/2023 7:12:41 AM(UTC-4) | |

**Status:** Read

**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

6/16/2023 7:12:25 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 21446531 / 0x1473F83 (Table: message, handle, chat_recoverable_message_join;
Size: 29208576 bytes)

From: +[REDACTED]31368 Stacie Laughton Home / Office / Cell (owner)
To: +[REDACTED]33040 Lindsay  Groves

**I can do more**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +[REDACTED]33040 Lindsay Groves | 6/16/2023 7:12:54 AM(UTC-4) | | |

**Status:** Sent

**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

6/16/2023 7:12:53 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 21445893 / 0x1473D05 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

From: +[REDACTED]31368 Stacie Laughton Home / Office / Cell (owner)
To: +[REDACTED]33040 Lindsay  Groves

**I knew this was a issues and you said it was not**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +[REDACTED]33040 Lindsay Groves | 6/16/2023 7:13:09 AM(UTC-4) | | |

**Status:** Sent

**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

6/16/2023 7:13:08 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 21445339 / 0x1473ADB (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

Gov. Sent. Mem. Exh. B-5

3682



From: +‬████33040 Lindsay Groves
To: +‬████31368 Stacie Laughton Home / Office / Cell (owner)

**You keep saying that cause I never do stuff for me**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +‬███31368 Stacie Laughton Home / Office / Cell | | 6/16/2023 7:13:26 AM(UTC-4) | |

**Status:** Read
**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

6/16/2023 7:13:26 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 21444705 / 0x1473861 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)



From: +‬████31368 Stacie Laughton Home / Office / Cell (owner)
To: +‬████33040 Lindsay Groves

**I don't want any money**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +‬███33040 Lindsay Groves | 6/16/2023 7:13:29 AM(UTC-4) | | |

**Status:** Sent
**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

6/16/2023 7:13:29 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 21444124 / 0x147361C (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)



From: +‬████31368 Stacie Laughton Home / Office / Cell (owner)
To: +‬████33040 Lindsay Groves

**Then forget about me**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +‬███33040 Lindsay Groves | 6/16/2023 7:13:46 AM(UTC-4) | | |

**Status:** Sent
**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

6/16/2023 7:13:46 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 21443548 / 0x14733DC (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

Gov. Sent. Mem. Exh. B-5



From: +████31368 Stacie Laughton Home / Office / Cell (owner)
To: +████33040 Lindsay  Groves

**I knew this was a issue and you knew I was getting a job**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +████33040 Lindsay Groves | 6/16/2023 7:14:01 AM(UTC-4) | | |

Status: Sent

Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

6/16/2023 7:14:01 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 21450637 / 0x1474F8D (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

From: +████31368 Stacie Laughton Home / Office / Cell (owner)
To: +████33040 Lindsay  Groves

**But I knew this was a issue**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +████33040 Lindsay Groves | 6/16/2023 7:14:12 AM(UTC-4) | | |

Status: Sent

Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

6/16/2023 7:14:12 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 21449997 / 0x1474D0D (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

From: +████33040 Lindsay  Groves
To: +████31368 Stacie Laughton Home / Office / Cell (owner)

**I would wanted you to get a job before now**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +████31368 Stacie Laughton Home / Office / Cell | | 6/16/2023 7:14:27 AM(UTC-4) | |

Status: Read

Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

6/16/2023 7:14:26 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 21449405 / 0x1474ABD (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

Gov. Sent. Mem. Exh. B-5



From: +███████31368 Stacie Laughton Home / Office / Cell (owner)
To: +████████33040 Lindsay Groves

**You kept saying you loved taking care of me**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +████33040 Lindsay Groves | 6/16/2023 7:14:35 AM(UTC-4) | | |

**Status:** Sent

**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

6/16/2023 7:14:35 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 21448840 / 0x1474888 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

From: +███████31368 Stacie Laughton Home / Office / Cell (owner)
To: +████████33040 Lindsay Groves

**You did not think that I couldn't work before now**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +████33040 Lindsay Groves | 6/16/2023 7:14:52 AM(UTC-4) | | |

**Status:** Sent

**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

6/16/2023 7:14:52 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 21448226 / 0x1474622 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

From: +███████31368 Stacie Laughton Home / Office / Cell (owner)
To: +████████33040 Lindsay Groves

**I new it was right that you thought I was too needy**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +████33040 Lindsay Groves | 6/16/2023 7:15:11 AM(UTC-4) | | |

**Status:** Sent

**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

6/16/2023 7:15:10 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 21447596 / 0x14743AC (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

Gov. Sent. Mem. Exh. B-5



From: +▇▇▇31368 Stacie Laughton Home / Office / Cell (owner)
To: +▇▇▇33040 Lindsay  Groves

I told you I never wanted your money and I knew we would have a fight over it at some point and here we are you said we were not going to but here we are

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +▇▇33040 Lindsay  Groves | 6/16/2023 7:15:26 AM(UTC-4) | | |

**Status:** Sent

**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

6/16/2023 7:15:26 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 21454733 / 0x1475F8D (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)



↩ **Reply**

From: +▇▇33040 Lindsay  Groves
To: +▇▇31368 Stacie Laughton Home / Office / Cell (owner)

From: +▇▇31368 Stacie Laughton Home / Office / Cell (owner)
To: +▇▇33040 Lindsay  Groves

I new it was right that you thought I was too needy

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +▇▇33040 Lindsay Groves | 6/16/2023 7:15:11 AM(UTC-4) | | |

**Status:** Sent

**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

6/16/2023 7:15:10 AM(UTC-4)

Whatever cause you keep on assuming shit like that

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +▇▇31368 Stacie Laughton Home / Office / Cell | | 6/16/2023 7:15:36 AM(UTC-4) | |

**Status:** Read

**Label:** Reply

**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

6/16/2023 7:15:36 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 21453844 / 0x1475C14 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

Gov. Sent. Mem. Exh. B-5



From: +█████31368 Stacie Laughton Home / Office / Cell (owner)
To: +█████33040 Lindsay  Groves

**Good luck with everything**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +█████33040 Lindsay Groves | 6/16/2023 7:15:37 AM(UTC-4) | | |

**Status:** Sent
**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

6/16/2023 7:15:37 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 21453263 / 0x14759CF (Table: message, handle,
chat_recoverable_message_join; Size: 29208576 bytes)

From: +█████31368 Stacie Laughton Home / Office / Cell (owner)
To: +█████33040 Lindsay  Groves

**Well you are saying all this**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +█████33040 Lindsay Groves | 6/16/2023 7:15:50 AM(UTC-4) | | |

**Status:** Sent
**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

6/16/2023 7:15:50 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 21452685 / 0x147578D (Table: message, handle,
chat_recoverable_message_join; Size: 29208576 bytes)

From: +█████31368 Stacie Laughton Home / Office / Cell (owner)
To: +█████33040 Lindsay  Groves

**Emphasized "Cause your not helping me with food for you and it…"**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +█████33040 Lindsay  Groves | 6/16/2023 7:15:58 AM(UTC-4) | | |

**Status:** Sent
**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

6/16/2023 7:15:57 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 21451935 / 0x147549F (Table: message, handle,
chat_recoverable_message_join; Size: 29208576 bytes)

Gov. Sent. Mem. Exh. B-5

From: █████31368 Stacie Laughton Home / Office / Cell (owner)
To: +█████33040 Lindsay Groves

**Emphasized** "You keep saying that cause I never do stuff for me…"

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +█████33040 Lindsay Groves | 6/16/2023 7:16:02 AM(UTC-4) | | |

**Status:** Sent
**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

6/16/2023 7:16:02 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 21458663 / 0x1476EE7 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

From: +█████31368 Stacie Laughton Home / Office / Cell (owner)
To: +█████33040 Lindsay Groves

**Emphasized** "I would wanted you to get a job before now "

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +█████33040 Lindsay Groves | 6/16/2023 7:16:08 AM(UTC-4) | | |

**Status:** Sent
**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

6/16/2023 7:16:07 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 21457888 / 0x1476BE0 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

Gov. Sent. Mem. Exh. B-5





Gov. Sent. Mem. Exh. B-5



From: + ▮▮▮▮31368 Stacie Laughton Home / Office / Cell (owner)
To: + ▮▮▮▮33040 Lindsay  Groves

You knew I was not able to, but here you are seeing this now

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + ▮▮▮▮33040 Lindsay  Groves | 6/16/2023 7:16:27 AM(UTC-4) | | |

Status: Sent
Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

6/16/2023 7:16:27 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 21455789 / 0x14763AD (Table: message, handle,
chat_recoverable_message_join; Size: 29208576 bytes)

From: + ▮▮▮▮33040 Lindsay  Groves
To: + ▮▮▮▮31368 Stacie Laughton Home / Office / Cell (owner)

You assume I think you are needy

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + ▮▮▮▮31368 Stacie Laughton Home / Office / Cell | | 6/16/2023 7:16:29 AM(UTC-4) | |

Status: Read
Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

6/16/2023 7:16:28 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 21462915 / 0x1477F83 (Table: message, handle,
chat_recoverable_message_join; Size: 29208576 bytes)



From: + ▮▮▮▮31368 Stacie Laughton Home / Office / Cell (owner)
To: + ▮▮▮▮33040 Lindsay  Groves

Well saying this is proof

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + ▮▮▮▮33040 Lindsay Groves | 6/16/2023 7:16:42 AM(UTC-4) | | |

Status: Sent
Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

6/16/2023 7:16:42 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 21462370 / 0x1477D62 (Table: message, handle,
chat_recoverable_message_join; Size: 29208576 bytes)

Gov. Sent. Mem. Exh. B-5



From: +■■■■33040 Lindsay  Groves
To: +■■■■31368 Stacie Laughton Home / Office / Cell (owner)

But I knew it will all come on me again til you did get a job

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +■■■■31368 Stacie Laughton Home / Office / Cell | | 6/16/2023 7:17:01 AM(UTC-4) | |

Status: Read
Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

6/16/2023 7:17:01 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 21461782 / 0x1477B16 (Table: message, handle,
chat_recoverable_message_join; Size: 29208576 bytes)



From: +■■■■31368 Stacie Laughton Home / Office / Cell (owner)
To: +■■■■33040 Lindsay  Groves

Saying I should've applied for a job before now when I wasn't medically cleared or I was in
the mental health program and I'm working with employment support, but I need to try to
have a job now and that's my fault

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +■■■■33040 Lindsay  Groves | 6/16/2023 7:17:17 AM(UTC-4) | | |

Status: Sent
Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

6/16/2023 7:17:17 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 21461178 / 0x14778BA (Table: message, handle, chat_recoverable_message_join; Size: 29208576
bytes)

From: +■■■■31368 Stacie Laughton Home / Office / Cell (owner)
To: +■■■■33040 Lindsay  Groves

Well, I don't want nothing from you ever again

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +■■■■33040 Lindsay Groves | 6/16/2023 7:17:31 AM(UTC-4) | | |

Status: Sent
Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

6/16/2023 7:17:30 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 21460203 / 0x14774EB (Table: message, handle,
chat_recoverable_message_join; Size: 29208576 bytes)

Gov. Sent. Mem. Exh. B-5

3691



From: +▮▮▮33040 Lindsay  Groves
To: +▮▮▮31368 Stacie Laughton Home / Office / Cell (owner)

I wasn't going to anyways I was talking about a job in the last month

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +▮▮▮31368 Stacie Laughton Home / Office / Cell | | 6/16/2023 7:18:10 AM(UTC-4) | |

Status: Read
Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

6/16/2023 7:18:10 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 21459571 / 0x1477273 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)



From: +▮▮▮31368 Stacie Laughton Home / Office / Cell (owner)
To: +▮▮▮33040 Lindsay  Groves

You know I'm working with the people to help me get a job I can apply on my own and I thought you knew that

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +▮▮▮33040 Lindsay  Groves | 6/16/2023 7:18:37 AM(UTC-4) | | |

Status: Sent
Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

6/16/2023 7:18:37 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 21467021 / 0x1478F8D (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)



From: +▮▮▮31368 Stacie Laughton Home / Office / Cell (owner)
To: +▮▮▮33040 Lindsay  Groves

But we don't have to talk now because we're not together anymore

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +▮▮▮33040 Lindsay  Groves | 6/16/2023 7:18:47 AM(UTC-4) | | |

Status: Sent
Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

6/16/2023 7:18:47 AM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 21466276 / 0x1478CA4 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

Gov. Sent. Mem. Exh. B-5