From: +‮█‬31368 Stacie Laughton Home / Office / Cell (owner)
To: +‮█‬33040 Lindsay  Groves

I love you too sweet pea

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +‮█‬33040 Lindsay Groves | 5/30/2023 3:51:02 PM(UTC-4) | | |

**Status:** Sent
**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/30/2023 3:51:01 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 14365773 / 0xDB344D (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

From: +‮█‬31368 Stacie Laughton Home / Office / Cell (owner)
To: +‮█‬33040 Lindsay  Groves

Do you like my perverted thoughts baby

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +‮█‬33040 Lindsay Groves | 5/30/2023 3:51:20 PM(UTC-4) | | |

**Status:** Sent
**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/30/2023 3:51:20 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 14365197 / 0xDB320D (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

From: +‮█‬33040 Lindsay  Groves
To: +‮█‬31368 Stacie Laughton Home / Office / Cell (owner)

Yeah

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +‮█‬31368 Stacie Laughton Home / Office / Cell | | 5/30/2023 3:51:26 PM(UTC-4) | |

**Status:** Read
**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/30/2023 3:51:26 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 14372739 / 0xDB4F83 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

Gov. Sent. Mem. Exh. B-6



From: +▮▮▮▮31368 Stacie Laughton Home / Office / Cell (owner)
To: +▮▮▮▮33040 Lindsay  Groves

Did you like how we wanted to do kids I know we will not now but do the kinds really excited you too

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +▮▮▮▮33040 Lindsay  Groves | 5/30/2023 3:52:13 PM(UTC-4) | | |

**Status:** Sent

**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/30/2023 3:52:13 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 14372250 / 0xDB4D9A (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)



From: +▮▮▮▮33040 Lindsay  Groves
To: +▮▮▮▮31368 Stacie Laughton Home / Office / Cell (owner)

Yeah

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +▮▮▮▮31368 Stacie Laughton Home / Office / Cell | | 5/30/2023 3:52:37 PM(UTC-4) | |

**Status:** Read

**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/30/2023 3:52:32 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 14371513 / 0xDB4AB9 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)



From: +▮▮▮▮31368 Stacie Laughton Home / Office / Cell (owner)
To: +▮▮▮▮33040 Lindsay  Groves

Like would you suck a little boys penis

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +▮▮▮▮33040 Lindsay Groves | 5/30/2023 3:53:01 PM(UTC-4) | | |

**Status:** Sent

**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/30/2023 3:53:01 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 14371024 / 0xDB48D0 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

Gov. Sent. Mem. Exh. B-6



From: + 33040 Lindsay  Groves
To: + 31368 Stacie Laughton Home / Office / Cell (owner)

**Yeah**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + 31368 Stacie Laughton Home / Office / Cell | | 5/30/2023 3:53:08 PM(UTC-4) | |

**Status:** Read

**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/30/2023 3:53:07 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 14370408 / 0xDB4668 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

From: + 31368 Stacie Laughton Home / Office / Cell (owner)
To: + 33040 Lindsay  Groves

**You like that I would eat a little girl**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + 33040 Lindsay Groves | 5/30/2023 3:53:37 PM(UTC-4) | | |

**Status:** Sent

**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/30/2023 3:53:36 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 14369919 / 0xDB447F (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

From: + 33040 Lindsay  Groves
To: + 31368 Stacie Laughton Home / Office / Cell (owner)

**Yeah**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + 31368 Stacie Laughton Home / Office / Cell | | 5/30/2023 3:53:48 PM(UTC-4) | |

**Status:** Read

**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/30/2023 3:53:47 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 14369303 / 0xDB4217 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

Gov. Sent. Mem. Exh. B-6



From: +□□□□□31368 Stacie Laughton Home / Office / Cell (owner)
To: +□□□□□33040 Lindsay Groves

Like you would do it if you know we would not get caught

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +□□□□33040 Lindsay Groves | 5/30/2023 3:54:10 PM(UTC-4) | | |

**Status:** Sent

**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/30/2023 3:54:10 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 14376845 / 0xDB5F8D (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)



From: +□□□□33040 Lindsay Groves
To: +□□□□31368 Stacie Laughton Home / Office / Cell (owner)

Yes

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +□□□□31368 Stacie Laughton Home / Office / Cell | | 5/30/2023 3:54:17 PM(UTC-4) | |

**Status:** Read

**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/30/2023 3:54:17 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 14376195 / 0xDB5D03 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)



From: +□□□□31368 Stacie Laughton Home / Office / Cell (owner)
To: +□□□□33040 Lindsay Groves

Cool

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +□□□□33040 Lindsay Groves | 5/30/2023 3:54:25 PM(UTC-4) | | |

**Status:** Sent

**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/30/2023 3:54:25 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 14375710 / 0xDB5B1E (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

Gov. Sent. Mem. Exh. B-6



From: + 31368 Stacie Laughton Home / Office / Cell (owner)
To: + 33040 Lindsay  Groves

So since you are as horny as me it must turn you on working with little kids

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + 33040 Lindsay  Groves | 5/30/2023 3:55:26 PM(UTC-4) | | |

**Status:** Sent

**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/30/2023 3:55:26 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 14375174 / 0xDB5906 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)



From: + 33040 Lindsay  Groves
To: + 31368 Stacie Laughton Home / Office / Cell (owner)

Yeah

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + 31368 Stacie Laughton Home / Office / Cell | | 5/30/2023 3:55:32 PM(UTC-4) | |

**Status:** Read

**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/30/2023 3:55:32 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 14374483 / 0xDB5653 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)



From: + 31368 Stacie Laughton Home / Office / Cell (owner)
To: + 33040 Lindsay  Groves

So do not not have contact with that family anymore

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + 33040 Lindsay  Groves | 5/30/2023 3:56:07 PM(UTC-4) | | |

**Status:** Sent

**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/30/2023 3:56:07 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 14373996 / 0xDB546C (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

Gov. Sent. Mem. Exh. B-6



From: + ████ 33040 Lindsay  Groves
To: + ████ 31368 Stacie Laughton Home / Office / Cell (owner)

**We can**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + ████ 31368 Stacie Laughton Home / Office / Cell | | 5/30/2023 3:56:18 PM(UTC-4) | |

**Status:** Read

**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/30/2023 3:56:18 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 14373356 / 0xDB51EC (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)



From: + ████ 31368 Stacie Laughton Home / Office / Cell (owner)
To: + ████ 33040 Lindsay  Groves

**You can still reach them**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + ████ 33040 Lindsay Groves | 5/30/2023 3:56:36 PM(UTC-4) | | |

**Status:** Sent

**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/30/2023 3:56:36 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 14380941 / 0xDB6F8D (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

From: + ████ 33040 Lindsay  Groves
To: + ████ 31368 Stacie Laughton Home / Office / Cell (owner)

**Yes**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + ████ 31368 Stacie Laughton Home / Office / Cell | | 5/30/2023 3:56:44 PM(UTC-4) | |

**Status:** Read

**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/30/2023 3:56:44 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 14380355 / 0xDB6D43 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

Gov. Sent. Mem. Exh. B-6



From: +［redacted］31368 Stacie Laughton Home / Office / Cell (owner)
To: +［redacted］33040 Lindsay  Groves

**Do they do it with them**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +［redacted］33040 Lindsay Groves | 5/30/2023 3:56:54 PM(UTC-4) | | |

**Status:** Sent

**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/30/2023 3:56:54 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 14379870 / 0xDB6B5E (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

---

From: +［redacted］33040 Lindsay  Groves
To: +［redacted］31368 Stacie Laughton Home / Office / Cell (owner)

**No**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +［redacted］31368 Stacie Laughton Home / Office / Cell | | 5/30/2023 3:57:00 PM(UTC-4) | |

**Status:** Read

**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/30/2023 3:57:00 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 14379286 / 0xDB6916 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

---



From: +［redacted］31368 Stacie Laughton Home / Office / Cell (owner)
To: +［redacted］33040 Lindsay  Groves

**So you would actually do it**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +［redacted］33040 Lindsay Groves | 5/30/2023 3:58:59 PM(UTC-4) | | |

**Status:** Sent

**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/30/2023 3:58:58 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 14378801 / 0xDB6731 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

Gov. Sent. Mem. Exh. B-6



From: +‭‭‭‭31368 Stacie Laughton Home / Office / Cell (owner)
To: +‭‭‭33040 Lindsay  Groves

And I can fuck the girl

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +‭‭33040 Lindsay Groves | 5/30/2023 3:59:12 PM(UTC-4) | | |

**Status:** Sent

**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/30/2023 3:59:12 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 14378219 / 0xDB64EB (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

From: +‭‭‭33040 Lindsay  Groves
To: +‭‭‭31368 Stacie Laughton Home / Office / Cell (owner)

Yeah

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +‭‭31368 Stacie Laughton Home / Office / Cell | | 5/30/2023 3:59:16 PM(UTC-4) | |

**Status:** Read

**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/30/2023 3:59:16 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 14377635 / 0xDB62A3 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)



From: +‭‭‭31368 Stacie Laughton Home / Office / Cell (owner)
To: +‭‭‭33040 Lindsay  Groves

I want to feel my cock her her pussy

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +‭‭33040 Lindsay Groves | 5/30/2023 4:00:00 PM(UTC-4) | | |

**Status:** Sent

**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/30/2023 4:00:00 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 14385037 / 0xDB7F8D (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

Gov. Sent. Mem. Exh. B-6



From: + ██████33040 Lindsay  Groves
To: + ██████31368 Stacie Laughton Home / Office / Cell (owner)

Yeah

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| + ██████31368 Stacie Laughton Home / Office / Cell | | 5/30/2023 4:00:05 PM(UTC-4) | |

Status: Read

Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

5/30/2023 4:00:05 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 14384427 / 0xDB7D2B (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)



From: + ██████31368 Stacie Laughton Home / Office / Cell (owner)
To: + ██████33040 Lindsay  Groves

Now if the kids say no do we have to stop or do the parents want us to do it anyway

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| + ██████33040 Lindsay  Groves | 5/30/2023 4:00:44 PM(UTC-4) | | |

Status: Sent

Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

5/30/2023 4:00:44 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 14383938 / 0xDB7B42 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

From: + ██████33040 Lindsay  Groves
To: + ██████31368 Stacie Laughton Home / Office / Cell (owner)

When we do it with the kids and they say stop I think we should cause I don't want to hurt them either

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| + ██████31368 Stacie Laughton Home / Office / Cell | | 5/30/2023 4:01:19 PM(UTC-4) | |

Status: Read

Deletion Date: 6/20/2023 8:45:11 PM(UTC-4)

5/30/2023 4:01:19 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 14383233 / 0xDB7881 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

Gov. Sent. Mem. Exh. B-6



From: +‗‗‗‗31368 Stacie Laughton Home / Office / Cell (owner)
To: +‗‗‗‗33040 Lindsay  Groves

Yeah

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +‗‗‗‗33040 Lindsay Groves | 5/30/2023 4:06:45 PM(UTC-4) | | |

**Status:** Sent

**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/30/2023 4:06:45 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 14382543 / 0xDB75CF (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)



From: +‗‗‗‗31368 Stacie Laughton Home / Office / Cell (owner)
To: +‗‗‗‗33040 Lindsay  Groves

Are you purely? Just want to have sex with them because do you want to get off not because you want to hurt them?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +‗‗‗‗33040 Lindsay  Groves | 5/30/2023 4:10:55 PM(UTC-4) | | |

**Status:** Sent

**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/30/2023 4:10:55 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 14382007 / 0xDB73B7 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)



From: +‗‗‗‗33040 Lindsay  Groves
To: +‗‗‗‗31368 Stacie Laughton Home / Office / Cell (owner)

Yeah

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +‗‗‗‗31368 Stacie Laughton Home / Office / Cell | | 5/30/2023 4:11:23 PM(UTC-4) | |

**Status:** Read

**Deletion Date:** 6/20/2023 8:45:11 PM(UTC-4)

5/30/2023 4:11:16 PM(UTC-4)

Source Extraction:
Logical
Source Info:
iPhone (3)/mobile/Library/SMS/sms.db : 14389123 / 0xDB8F83 (Table: message, handle, chat_recoverable_message_join; Size: 29208576 bytes)

Gov. Sent. Mem. Exh. B-6