| # | Chat # | Start Time: Time | Participants | From | To | Participants Timestamps | Body |
|---|---|---|---|---|---|---|---|
| 8244 | 8 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton +16032333040 Lindz (owner) (owner) Unknown | +16039131368 Marie Laughton | +16032333040 Lindz (owner) | +16032333040 Lindz (owner)  - Read: 6/14/2023 7:40:03 AM(UTC-4) | And I'm sorry I talk so much but the other thing I think about is do you think God is OK with us being bad girls I mean I know he created humans to be sexual beings and some would say it's not OK to have sex outside of a relationship or have you know the type of sexual experiences we wanna have but then again, someone say having sex with kids is a bad thing and God never addresses sex with children in the Bible and God never really condemns say different sexual lifestyles but what do you think? Do you think we still have a place in heaven? Do you think God would still be OK with me being a minister and also, I was being bad. |
| 8245 | 8 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton +16032333040 Lindz (owner) (owner) Unknown | +16032333040 Lindz | +16039131368 Marie Laughton | +16039131368 Marie Laughton  - Delivered:6/14/2023 7:40:53 AM(UTC-4); Read: 6/14/2023 7:40:53 AM(UTC-4) | Yes god is ok with it and we will still go to heaven and he thinks you will be a great minister |
| 8246 | 8 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton +16032333040 Lindz (owner) (owner) Unknown | +16039131368 Marie Laughton | +16032333040 Lindz (owner) | +16032333040 Lindz (owner)  - Read: 6/14/2023 7:41:59 AM(UTC-4) | I mean, I hate to put it out this way what do you think? God is OK with us sucking dick in your pussies the way we want to and the stuff with the kids. |
| 8247 | 8 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton +16032333040 Lindz (owner) (owner) Unknown | +16032333040 Lindz | +16039131368 Marie Laughton | +16039131368 Marie Laughton  - Delivered:6/14/2023 7:42:13 AM(UTC-4); Read: 6/14/2023 7:42:13 AM(UTC-4) | I said god will be ok with all of that |
| 8248 | 8 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton +16032333040 Lindz (owner) (owner) Unknown | +16039131368 Marie Laughton | +16032333040 Lindz (owner) | +16032333040 Lindz (owner)  - Read: 6/14/2023 7:42:52 AM(UTC-4) | Yeah |
| 8249 | 8 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton +16032333040 Lindz (owner) (owner) Unknown | +16039131368 Marie Laughton | +16032333040 Lindz (owner) | +16032333040 Lindz (owner)  - Read: 6/14/2023 7:42:52 AM(UTC-4) | Do you think there are other ministers that are married that have personal lives like ours? |
| 8250 | 8 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton +16032333040 Lindz (owner) (owner) Unknown | +16032333040 Lindz | +16039131368 Marie Laughton | +16039131368 Marie Laughton  - Delivered:6/14/2023 7:42:59 AM(UTC-4); Read: 6/14/2023 7:42:59 AM(UTC-4) | Yes |
| 8251 | 8 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton +16032333040 Lindz (owner) (owner) Unknown | +16039131368 Marie Laughton | +16032333040 Lindz (owner) | +16032333040 Lindz (owner)  - Read: 6/14/2023 7:43:25 AM(UTC-4) | So you think that the radio station will drive and the ministry will even thrive as well |
| 8252 | 8 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton +16032333040 Lindz (owner) (owner) Unknown | +16032333040 Lindz | +16039131368 Marie Laughton | +16039131368 Marie Laughton  - Delivered:6/14/2023 7:43:35 AM(UTC-4); Read: 6/14/2023 7:43:35 AM(UTC-4) | Yes |
| 8253 | 8 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton +16032333040 Lindz (owner) (owner) Unknown | +16039131368 Marie Laughton | +16032333040 Lindz (owner) | +16032333040 Lindz (owner)  - Read: 6/14/2023 7:44:03 AM(UTC-4) | Now, we're you serious about wanting to get ordained as well? |

| 8254 | 8 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton +16032333040 Lindz (owner) (owner) Unknown | +16032333040 Lindz | +16039131368 Marie Laughton | +16039131368 Marie Laughton - Delivered:6/14/2023 7:44:15 AM(UTC-4); Read: 6/14/2023 7:44:15 AM(UTC-4) | I would of told you if I wasn't serious |
|---|---|---|---|---|---|---|---|